**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 28th, 2008

Re:   MDL 08 – 1930 In re Wells Fargo Mortgage Lending Practices Litigation

<u>Title of Case</u>
Juan Rodriguez, et al. v. Wells Fargo Bank, N.A.

<u>Case Number</u>
C.A. No. 07-6780

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Central District of California to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Maxine M. Chesney. We have given the action the individual case number **C 08-2154 MMC**.

     Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*Simone Voltz* (signature)

Simone Voltz
Deputy Clerk

cc: Counsel
    MDL