BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
         wharrison@bffb.com

RODDY KLEIN & RYAN
GARY KLEIN
SHENNAN KAVANAGH
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone: (617) 357-5500
Fax: (617) 357-5030
E-mail: klein@roddykleinryan.com
         kavanagh@roddykleinryan.com

Interim Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION _____, This document relates to ALL ACTIONS | M:08-CV-01930-MMC **SUPPLEMENTAL JOINT CASE MANAGEMENT REPORT** **Case Management Conference** Date: May 9, 2008 Time: 10:30 a.m. Courtroom: 7, 19th Floor ***Judge: Honorable Maxine M. Chesney*** |

– 1 –

Co-Lead Interim Counsel and Liaison Interim Class Counsel for Plaintiffs and Defendant Wells Fargo submit this supplemental case management report to propose a new pretrial schedule amending the deadlines previously imposed by Judge Jenkins in the Pretrial Order on Case Management dated January 8, 2008. *See* [Proposed] Amended Pretrial Order on Case Management filed concurrently herewith. In addition, the parties propose the entry of Pretrial Order No. 2 ("PTO No. 2"), which will, among other things, confirm the leadership structure contained in PTO No. 1 and add an Executive Committee. *See* [Proposed] Pretrial Order No. 2 filed concurrently herewith.

On December 18, 2007, counsel in the *Jeffries* and *Ventura* actions appeared for the initial case management conference before Judge Martin Jenkins. On January 8, 2008, Judge Jenkins entered Pretrial Order on Case Management and Pretrial Order No. 1 consolidating the *Jeffries* action with the *Ventura* action and appointing Bonnett Fairbourn and Roddy Klein & Ryan as Co-Lead Interim Class Counsel and Coughlin Stoia as Liaison Interim Class Counsel.

On January 3, 2008, Wells Fargo filed a Motion to Transfer Actions for Consolidated and Coordinated Pretrial Proceedings. On February 15, 2008, the consolidated cases were transferred to this Court. On March 24, 2008, the Court entered an order staying all proceedings in this matter pending decision on the motion to transfer. On April 10, 2008, the Judicial Panel on Multidistrict Litigation issued a transfer order assigning these actions to the Northern District of California and requesting assignment to this Court.

As a result of the delay caused by the MDL proceedings, Counsel hereby respectfully request that the deadlines ordered in the Pretrial Order on Case Management entered on January 8, 2008, be adjusted. No other changes to the Pretrial Order on Case Management are requested.

**1.    Disclosures**

Plaintiffs and Wells Fargo will exchange their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on May 26, 2008.

**2.    Amendment of Pleadings**

Plaintiffs shall inform the Court at the earliest opportunity if they intend to file any amended complaints in this Action. Any such amendments shall be completed by August 1, 2008.

**3.    Deadlines**

Discovery shall commence forthwith. The following discovery deadlines shall apply to the initial phase of discovery:

- October 24, 2008     Fact witness cutoff for certification purposes;
- November 3, 2008    Plaintiffs' Rule 26(a)(2) identification of experts for certification issues
- November 10, 2008   Plaintiffs' expert witness reports due for certification issues;
- November 24, 2008   Wells Fargo's rebuttal disclosure and reports for certification issues;
- December 1, 2008    Plaintiffs' rebuttal disclosure and reports for certification issues;
- December 15, 2008   Expert discovery cutoff for certification issues.

**4.    Class Certification**

Plaintiffs' motion for class certification shall be heard on May 8, 2009, at 9:00 a.m. The following briefing schedule shall apply to the class certification motion:

- February 2, 2009    Last day to file motion for class certification;
- March 2, 2009       Last day to file opposition to class certification;
- April 2, 2009       Last day to file reply briefs.

**5.    Post Class Certification Status Conference**

On August 14, 2009 at 10:30 a.m., the Court will hold a post-class certification status conference.

SUPPLEMENTAL JOINT CASE
MANAGEMENT CONFERENCE STATEMENT

**6.     Subsequent Discovery**

Plaintiffs and Wells Fargo shall adhere to the following schedule for the remainder of discovery:

- November 16, 2009     Fact discovery closes;
- December 16, 2009     Parties' disclosure of initial expert reports
- January 18, 2010     Parties' disclosure of rebuttal expert reports
- February 18, 2010     Expert discovery closes.

**7.     Dispositive Motions**

The Court sets the following tentative deadlines for dispositive motions:

- March 10, 2010     Last day to file dispositive motions
- April 12, 2010     Last day to file opposition to dispositive motion
- May 3, 2010     Last day to file reply

The Court sets a hearing to consider dispositive motions for May 31, 2010.

**8.     Trial Date**

The Court sets June 2010 as a tentative trial date.

DATED:  May 2, 2008

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.

By    /s Wendy J. Harrison
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  (617) 357-5500
Facsimile: (617) 357-5030

*Co-Lead Interim Class Counsel*

– 4 –

**SUPPLEMENTAL JOINT CASE
MANAGEMENT CONFERENCE STATEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                    COUGHLIN STOIA GELLER
                    RUDMAN & ROBBINS LLP
                    Shawn A. Williams
                    100 Pine Street, Suite 2600
                    San Francisco, CA 94111

                    COUGHLIN STOIA GELLER
                    RUDMAN & ROBBINS LLP
                    Samuel H. Rudman
                    Robert M. Rothman
                    58 South Service Road, Suite 200
                    Melville, NY 11747

                    *Liaison Interim Class Counsel*

DATED:  May 2, 2008

                    REED SMITH LLP

                    By      /s David S. Reidy
                        Robert D. Phillips, Jr. (SBN 82639)
                        Tyree P. Jones, Jr. (SBN 127631)
                        David S. Reidy (SBN 225904)
                        P. O. Box 7936
                        San Francisco, CA 94120-7936
                        Telephone:  (415) 543-8700
                        Facsimile: (415) 391-8269

                    *Attorneys for Defendant*
                    *Wells Fargo Bank, N.A.*

– 5 –

**SUPPLEMENTAL JOINT CASE
MANAGEMENT CONFERENCE STATEMENT**