UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re:  WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | M: 08-cv-01930-MMC |
| This document relates to: | ) ) | **[PROPOSED] AMENDED PRETRIAL ORDER ON CASE MANAGEMENT** |
| ALL ACTIONS | ) ) ) | |
| _____ | ) | |

Pursuant to the case management conference on May 9, 2008,

IT IS HEREBY ORDERED:

**1.      Disclosures**

Plaintiffs and Wells Fargo will exchange their Initial Disclosures pursuant to

Federal Rule of Civil Procedure 26(a)(1) on or before May 26, 2008.

**2.      Amendment of Pleadings**

Plaintiffs shall inform the Court at the earliest opportunity if they intend to file any

amended complaints in this Action.  Any such amendments shall be completed by August

1, 2008.

**3.      Deadlines**

Discovery shall commence forthwith.  The following discovery deadlines shall

apply to the initial phase of discovery:

•      October 24, 2008       Fact witness cutoff for certification purposes;

1

| | | |
|---|---|---|
| • | November 3, 2008 | Plaintiffs' Rule 26(a)(2) identification of experts for certification issues |
| • | November 10, 2008 | Plaintiffs' expert witness reports due for certification issues; |
| • | November 24, 2008 | Wells Fargo's rebuttal disclosure and reports for certification issues; |
| • | December 1, 2008 | Plaintiffs' rebuttal disclosure and reports for certification issues; |
| • | December 15, 2008 | Expert discovery cutoff for certification issues. |

**4.    Class Certification**

Plaintiffs' motion for class certification shall be heard on May 8, 2009, at 9:00 a.m.  The following briefing schedule shall apply to the class certification motion:

| | | |
|---|---|---|
| • | February 2, 2009 | Last day to file motion for class certification; |
| • | March 2, 2009 | Last day to file opposition to class certification; |
| • | April 2, 2009 | Last day to file reply briefs. |

**5.    Post Class Certification Status Conference**

On August 14, 2009 at 10:30 a.m., the Court will hold a post-class certification status conference, at 2:30 p.m.

**6.    Subsequent Discovery**

Plaintiffs and Wells Fargo shall adhere to the following schedule for the remainder of discovery:

| | | |
|---|---|---|
| • | November 16, 2009 | Fact discovery closes; |

2

- December 16, 2009    Parties' disclosure of initial expert reports

- January 18, 2010    Parties' disclosure of rebuttal expert reports

- February 18, 2010    Expert discovery closes.

**7.    Dispositive Motions**

The Court sets the following tentative deadline for dispositive motions;

- March 10, 2010    Last day to file dispositive motions

- April 12, 2010    Last day to file opposition to dispositive motion

- May 3, 2010    Last day to file reply

The Court sets a hearing to consider dispositive motions for May 31, 2010.

**8.    Trial Date**

The Court sets June 2010 as a tentative trial date.

**SO ORDERED:**

Dated:

_____
Hon. Maxine Chesney
United States District Court Judge

3