| | |
|---|---|
| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** | **ROBERT D. ALLISON & ASSOCIATES** |
| Joseph H. Meltzer<br>Edward W. Ciolko<br>Katherine B. Bornstein<br>Joseph A. Weeden<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 | Robert D. Allison.<br>Bruce C. Howard<br>Steven P. Schneck<br>122 S. Michigan Ave., Suite 1850<br>Chicago, IL 60603<br>Telephone: (312) 427-7600<br>Facsimile: (312) 427-1850 |

-and-

Alan R. Plutzik, Of Counsel
Robert M. Bramson, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

Counsel for Plaintiff Judy Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC |
| This document relates to<br>ALL ACTIONS | **CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Case Management Conference**<br><br>Date: May 9, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7, 19th Floor<br><br>**Judge: Honorable Maxine M. Chesney** |

    Pursuant to the Clerk's Notice entered May 2, 2008, directing all parties file a case management conference statement by May 2, 2008, Counsel for Plaintiff Judy Williams ("Williams") (C-08-2253) hereby submits this Case Management Report, supporting and adopting the Supplemental Joint Case Management Report filed by Counsel for Plaintiffs, Gilbert and Tracy

– 1 –

Ventura (C-07-4309), and Nancy and Johnny Jeffries (C-07-3880) on May 2, 2008.

Furthermore, Counsel for Williams hereby submit that they are coordinating with Counsel for all other plaintiffs in this multidistrict litigation regarding the joint prosecution of these matters.

DATED: May 2, 2008

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

/s/ *Edward W. Ciolko*
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
 -and-
 Alan R. Plutzik, Of Counsel
 Robert M. Bramson, Of Counsel
 2125 Oak Grove Blvd., Suite 120
 Walnut Creek, CA 94598
 Telephone: (925) 945-0770
 Facsimile: (925) 945-8792

**ROBERT D. ALLISON & ASSOCIATES**

Robert D. Allison.
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Counsel for Plaintiff Judy Williams (C-08-2253)*

– 2 –

CASE MANAGEMENT CONFERENCE STATEMENT