| | |
|---|---|
| **SCHIFFRIN BARROWAY<br>  TOPAZ & KESSLER, LLP**<br><br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Katherine B. Bornstein<br>Joseph A. Weeden<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>-and-<br>Alan R. Plutzik, Of Counsel<br>Robert M. Bramson, Of Counsel<br>2125 Oak Grove Blvd., Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0770<br>Facsimile: (925) 945-8792 | **ROBERT D. ALLISON & ASSOCIATES**<br><br>Robert D. Allison.<br>Bruce C. Howard<br>Steven P. Schneck<br>122 S. Michigan Ave., Suite 1850<br>Chicago, IL 60603<br>Telephone: (312) 427-7600<br>Facsimile: (312) 427-1850 |

Counsel for Plaintiff Judy Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>This document relates to<br>Williams: C-08-2253<br><br>_____ | M:08-CV-01930-MMC<br><br>**Plaintiff Williams' Notice of Withdrawal of Motion to Dismiss**<br><br>**Judge: Honorable Maxine M. Chesney** |

1  Please take notice that Plaintiff Judy Williams hereby withdraws her Motion to Dismiss,
2  originally filed on or about March 19, 2008, in the United States District Court in the Northern
3  District of Illinois, Case No.: 07-cv-6342 (ND Ill. Dkt. Entries nos. 36 & 37).  This case was
4  transferred to this District and MDL Docket pursuant to the Transfer Order dated April 10, 2008
5  (Dkt. Entry no. 1 in this matter).

6  DATED: May 5, 2008

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**

_____/s/_____
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Alan R. Plutzik, Of Counsel
Robert M. Bramson, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

**ROBERT D. ALLISON & ASSOCIATES**

Robert D. Allison.
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Counsel for Plaintiff Judy Williams (C-08-2253)*

| | |
|---|---|
| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**<br><br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Katherine B. Bornstein<br>Joseph A. Weeden<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>-and-<br>Alan R. Plutzik, Of Counsel<br>Robert M. Bramson, Of Counsel<br>2125 Oak Grove Blvd., Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0770<br>Facsimile: (925) 945-8792 | **ROBERT D. ALLISON & ASSOCIATES**<br><br>Robert D. Allison.<br>Bruce C. Howard<br>Steven P. Schneck<br>122 S. Michigan Ave., Suite 1850<br>Chicago, IL 60603<br>Telephone: (312) 427-7600<br>Facsimile: (312) 427-1850 |

Counsel for Plaintiff Judy Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br>_____<br>This document relates to<br>Williams: C-08-2253<br>_____ | M:08-CV-01930-MMC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of Plaintiff's Notice of Withdrawal Motion to Dismiss and Certificate of Service was served upon the following attorneys by way of the Court's electronic filing system: David Zev Smith, Esq., Jennie Lee Anderson, Brian W. Walker, Lori Erin Andrus, Micha Star Liberty, Leslie E. Hurst, Wendy Jacobsen Harrison, Timothy P. Dillon, Shennan Kavanagh, Shawn A. Williams, Gary Edward Klein, Leslie E. Hurst, Mark S. Reich, Robert M. Rothman, Samuel H. Rudman, Andrew S. Friedman, Mark Andrew Chavez, Nance Felice Becker and Theodore J. Pintar, as well as by overnight delivery upon the following counsel for Defendant:

> Robert D. Phillips, Jr., Esq.
> Reed Smith LLP
> Two Embarcadero Center
> Suite 2000
> San Francisco, CA  94111

DATED: May 5, 2008

**SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP**


_____/s/_____
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
 -and-
 Alan R. Plutzik, Of Counsel
 Robert M. Bramson, Of Counsel
 2125 Oak Grove Blvd., Suite 120
 Walnut Creek, CA 94598
 Telephone: (925) 945-0770
 Facsimile: (925) 945-8792

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROBERT D. ALLISON & ASSOCIATES**

Robert D. Allison.
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Counsel for Plaintiff Judy Williams (C-08-2253)*