**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **May 9, 2008**

**MDL - 08 - 1930 - MMC**

**In Re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION DISCRIMINATION LITIGATION**

| Attorneys: | Robert Rothman, Andrew Friedman, | Robert Phillips, Jr., Tyree Jones |
|---|---|---|
| | Mark Chavez, Micha Star Liberty | |
| | Gary Klein, Joseph Weeden | |

Deputy Clerk: **TRACY LUCERO**     Reporter: **Not Reported**

**PROCEEDINGS:**                                    **RULING:**

1. _____

2. _____

3. _____

                                                    Initial
  ( ) Status Conference    ( ) P/T Conference    ( X ) Case Management Conference

**ORDERED AFTER HEARING:**

All parties agree to Private Mediation, and will formally file notice to withdraw reference to Magistrate Spero.  Court adopts deadlines and dates proposed in Proposed Pretrial Order filed on May 2, 2008.

( ) ORDER TO BE PREPARED BY:   Plntf_____  Deft_____  Court_____

( ) Referred to Magistrate For:_____
            ( )By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                    Type of Trial: ( )Jury   ( )Court
Notes: _____