UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | M: 08-cv-01930-MMC<br><br>[~~PROPOSED~~] AMENDED PRETRIAL ORDER ON CASE MANAGEMENT |

Pursuant to the case management conference on May 9, 2008,

IT IS HEREBY ORDERED:

**1.  Disclosures**

Plaintiffs and Wells Fargo will exchange their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before May 26, 2008.

**2.  Amendment of Pleadings**

Plaintiffs shall inform the Court at the earliest opportunity if they intend to file any amended complaints in this Action.  Any such amendments shall be completed by August 1, 2008.

**3.  Deadlines**

Discovery shall commence forthwith.  The following discovery deadlines shall apply to the initial phase of discovery:

• October 24, 2008    Fact witness cutoff for certification purposes;

1

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT

|   |   |
|---|---|
| • November 3, 2008 | Plaintiffs' Rule 26(a)(2) identification of experts for certification issues |
| • November 10, 2008 | Plaintiffs' expert witness reports due for certification issues; |
| • November 24, 2008 | Wells Fargo's rebuttal disclosure and reports for certification issues; |
| • December 1, 2008 | Plaintiffs' rebuttal disclosure and reports for certification issues; |
| • December 15, 2008 | Expert discovery cutoff for certification issues. |

**4.   Class Certification**

Plaintiffs' motion for class certification shall be heard on May 8, 2009, at 9:00 a.m.  The following briefing schedule shall apply to the class certification motion:

- • February 2, 2009     Last day to file motion for class certification;
- • March 2, 2009        Last day to file opposition to class certification;
- • April 2, 2009        Last day to file reply briefs.

**5.   Post Class Certification Status Conference**

On August 14, 2009 at 10:30 a.m., the Court will hold a post-class certification status conference, ~~at 2:30 p.m~~.

**6.   Subsequent Discovery**

Plaintiffs and Wells Fargo shall adhere to the following schedule for the remainder of discovery:

- • November 16, 2009    Fact discovery closes;

1  • December 16, 2009     Parties' disclosure of initial expert reports

2  • January 18, 2010      Parties' disclosure of rebuttal expert reports

3  • February 18, 2010     Expert discovery closes.

**7.    Dispositive Motions**

The Court sets the following tentative deadline for dispositive motions;

• March 10, 2010        Last day to file dispositive motions
• April 12, 2010        Last day to file opposition to dispositive motion
• May 3, 2010           Last day to file reply

The Court sets a hearing to consider dispositive motions for May ~~31~~ 28, 2010.

**8.    Trial Date** and Pretrial Conference

The Court sets the Pretrial Conference for July 6, 2010, at 3:00 p.m.

The Court sets ~~June 2010 as a tentative~~ July 19, 2010 as the trial date.

**SO ORDERED:**

Dated:  May 13, 2008

_____
Hon. Maxine Chesney
United States District Court Judge

3

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT