BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC |
| This document relates to | **STIPULATION TO WITHDRAW REFERENCE TO SETTLEMENT JUDGE** |
| ALL ACTIONS | Judge: Honorable Maxine M. Chesney |

The parties, by and through counsel undersigned, hereby stipulate and agree as follows:

1. That the January 8, 2008 referral by the court to Magistrate Judge Joseph C. Spero for settlement purposes be withdrawn.

2. The parties further agree that settlement negotiations shall proceed before a private mediator.

1 | DATED this 19th day of May, 2008.

2 | BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

   /s Andrew S. Friedman
Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

RODDY KLEIN & RYAN

   /s Gary Klein
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

Co-Lead Interim Class Counsel


REED SMITH LLP

   /s Robert D. Phillips, Jr.
Robert D. Phillips, Jr.
Tyree P. Jones, Jr.
David S. Reidy
P. O. Box 7936
San Francisco, CA 94120-7936
Telephone:  (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
Wells Fargo Bank, N.A.

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I, Andrew S. Friedman, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 19, 2008.

    /s Andrew S. Friedman  _
    Andrew S. Friedman

1
2
3
4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION ) <br> ) <br> _____, ) <br> ) <br> This document relates to ) <br> ) <br> ALL ACTIONS ) <br> ) <br> _____) | M:08-CV-01930-MMC <br><br> **[PROPOSED] ORDER** <br><br> Judge:  Honorable Maxine M. Chesney |

Pursuant to the parties stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the referral of this matter to Magistrate Judge Joseph C. Spero for settlement purposes is withdrawn.

IT IS FURTHER ORDERED that the parties will proceed before a private mediator for settlement purposes.

DATED this ___ day of _____, 2008.

_____
Maxine M. Chesney
United States District Court Judge