| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | Andrew S. Friedman (admitted *pro hac vice*) |
| 3 | Wendy J. Harrison (CA SBN 151090) |
| 4 | 2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012 |
| 5 | (602) 274-1100 |
| 6 | RODDY KLEIN & RYAN |
| 7 | Gary Klein<br>Shennan Kavanagh |
| 8 | 727 Atlantic Avenue<br>Boston, MA 02111-02810 |
| 9 | (617) 357-5500 ext. 15 |
| 10 | *Interim Co-Lead Class Counsel* |
| 11 | |
| 12 | *[Additional counsel appear on signature page.]* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | M:08-CV-01930-MMC |
| _____, | ) ) | **NOTICE OF FILING** |
| This document relates to | ) ) | *Honorable Maxine M. Chesney* |
| ALL ACTIONS | ) ) ) ) ) ) ) | |

NOTICE is hereby given that the following documents were filed with the Court this date:

1. [Proposed] Pretrial Order No. 2 (corrected in accordance with discussion at the status conference on May 9, 2008);

2. Stipulation and [Proposed] Protective Order Regarding Confidential, Trade Secret and Private Consumer Information ;

1

3. Compendium of complaints from MDL constituent cases transferred to MDL 1930 from other Districts (courtesy copies to chambers only); and

4. Stipulation to Withdraw Reference to Settlement Judge and [Proposed] Order withdrawing reference to settlement judge.

DATED this 16th day of May, 2008.

        BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

        /s Andrew S. Friedman
        Andrew S. Friedman
        Wendy J. Harrison
        2901 North Central Avenue, Suite 1000
        Phoenix, Arizona 85012

        RODDY KLEIN & RYAN

        /s Gary Klein
        Gary Klein
        Shennan Kavanagh
        727 Atlantic Avenue
        Boston, MA 02111-02810
        (617) 357-5500 ext. 15

        Co-Lead Interim Class Counsel

        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
        Shawn A. Williams
        100 Pine Street, Suite 2600
        San Francisco, CA 94111

        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
        Samuel H. Rudman
        Robert M. Rothman
        58 South Service Road, Suite 200
        Melville, NY 11747

        Liaison Interim Class Counsel

2

1  CERTIFICATE OF SERVICE

2

3      I, Andrew S. Friedman, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated

4  as non-registered participants on May 19, 2008.

5                  /s Andrew S. Friedman
                Andrew S. Friedman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28