1
2
3
4
5                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
6
7  In re: WELLS FARGO MORTGAGE        )
   LENDING PRACTICES LITIGATION       )   M:08-CV-01930-MMC
                                      )
8  _____,   )   [PROPOSED] ORDER
                                      )
9  This document relates to           )
                                      )   Judge: Honorable Maxine M. Chesney
10 ALL ACTIONS                        )
                                      )
11                                    )
   _____    )
12
13         Pursuant to the parties stipulation and good cause appearing therefore,
14         IT IS HEREBY ORDERED that the referral of this matter to Magistrate Judge
15 Joseph C. Spero for settlement purposes is withdrawn.
16         IT IS FURTHER ORDERED that the parties will proceed before a private
17 mediator for settlement purposes.
18         DATED this 20th day of May, 2008.
19
20                                              _____
21                                              Maxine M. Chesney
                                                United States District Court Judge
22
23
24
25
26
27
28