BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC |
| This document relates to<br>ALL ACTIONS | **STIPULATION TO MODIFY PRETRIAL ORDER ON CASE MANAGEMENT**<br><br>Judge: Honorable Maxine M. Chesney |

WHEREAS, on May 13, 2008, the Court entered the Amended Pretrial Order on Case Management establishing a pretrial schedule in these MDL proceedings;

WHEREAS, on May 20, 2008, the Court entered its Order for the parties to proceed before a private mediator for settlement purposes;

WHEREAS, the parties have agreed to proceed to mediation before the Hon. Ronald M. Sabraw (Ret.) of JAMS, who has scheduled an initial mediation session to take place on August 28, 2008;

WHEREAS, the parties believe that an adjustment of the existing pretrial schedule extending the deadlines previously established by the Court will facilitate the settlement process and potentially avoid the unnecessary expenditure of the parties' resources;

NOW, THEREFORE, the parties stipulate and respectfully request the Court to extend each of the existing pretrial deadlines for a period of 90 days. For the Court's convenience, the parties have lodged a [Proposed] Amended Pretrial Order on Case Management herewith.

DATED this 24th day of July, 2008.

BONNETT, FAIRBOURN,
FRIEDMAN, & BALINT, P.C.

 /s Andrew S. Friedman
Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

RODDY KLEIN & RYAN

 /s Gary Klein
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

Co-Lead Interim Class Counsel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP

  /s Robert D. Phillips, Jr.
Robert D. Phillips, Jr.
Tyree P. Jones, Jr.
David S. Reidy
P. O. Box 7936
San Francisco, CA 94120-7936
Telephone:  (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
Wells Fargo Bank, N.A.

1
2                          CERTIFICATE OF SERVICE

3      I, Andrew S. Friedman, hereby certify that a true copy of the foregoing
   document filed through the ECF system will be electronically sent to the registered
4  participants as identified on the Notice of Electronic Filing, and paper copies will be
   sent to those indicated as non-registered participants on July 24, 2008.
5
                              /s Andrew S. Friedman       _
6                             Andrew S. Friedman

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | M: 08-cv-01930-MMC<br><br>**[PROPOSED] AMENDED PRETRIAL ORDER ON CASE MANAGEMENT** |

Pursuant to stipulation by the parties,

IT IS HEREBY ORDERED:

**1.  Disclosures**

Plaintiffs and Wells Fargo have completed the exchange of their Initial Disclosures pursuant to the Amended Pretrial Order on Case Management dated May 13, 2008.

**2.  Amendment of Pleadings**

Plaintiffs shall inform the Court at the earliest opportunity if they intend to file any amended complaints in this Action.  Any such amendments shall be completed by October 30, 2008.

**3.  Deadlines**

Discovery shall commence forthwith.  The following discovery deadlines shall apply to the initial phase of discovery:

- January 12, 2009     Fact witness cutoff for certification purposes;
- February 2, 2009     Plaintiffs' Rule 26(a)(2) identification of experts for certification issues;

|   |   |   |
|---|---|---|
| • | February 9, 2009 | Plaintiffs' expert witness reports due for certification issues; |
| • | February 23, 2009 | Wells Fargo's rebuttal disclosure and reports for certification issues; |
| • | March 2, 2009 | Plaintiffs' rebuttal disclosure and reports for certification issues; |
| • | March 16, 2009 | Expert discovery cutoff for certification issues. |

**4.    Class Certification**

Plaintiffs' motion for class certification shall be heard on August 6, 2009, at 9:00 a.m.  The following briefing schedule shall apply to the class certification motion:

- May 4, 2009          Last day to file motion for class certification;
- June 1, 2009         Last day to file opposition to class certification;
- July 1, 2009         Last day to file reply briefs.

**5.    Post Class Certification Status Conference**

On November 11, 2009 at 10:30 a.m., the Court will hold a post-class certification status conference.

**6.    Subsequent Discovery**

Plaintiffs and Wells Fargo shall adhere to the following schedule for the remainder of discovery:

- February 15, 2010    Fact discovery closes;
- March 16, 2010       Parties' disclosure of initial expert reports;
- April 19, 2010       Parties' disclosure of rebuttal expert reports;
- May 19, 2010         Expert discovery closes.

**7.    Dispositive Motions**

The Court sets the following tentative deadline for dispositive motions;

- June 8, 2010         Last day to file dispositive motions;
- July 12, 2010        Last day to file opposition to dispositive motion;
- August 2, 2010       Last day to file reply.

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT

1     The Court sets a hearing to consider dispositive motions for August 26, 2010.

2     **8.     Trial Date**

3     The Court sets October 18, 2010 as a tentative trial date.

4     **SO ORDERED:**

5     Dated:

                                    Hon. Maxine Chesney
                                    United States District Court Judge

3

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT