UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | M: 08-cv-01930-MMC<br><br>[PROPOSED] AMENDED PRETRIAL ORDER ON CASE MANAGEMENT |

Pursuant to stipulation by the parties,

IT IS HEREBY ORDERED:

**1.    Disclosures**

Plaintiffs and Wells Fargo have completed the exchange of their Initial Disclosures pursuant to the Amended Pretrial Order on Case Management dated May 13, 2008.

**2.    Amendment of Pleadings**

Plaintiffs shall inform the Court at the earliest opportunity if they intend to file any amended complaints in this Action. Any such amendments shall be completed by October 30, 2008.

**3.    Deadlines**

Discovery shall commence forthwith. The following discovery deadlines shall apply to the initial phase of discovery:

- January 12, 2009     Fact witness cutoff for certification purposes;
- February 2, 2009     Plaintiffs' Rule 26(a)(2) identification of experts for certification issues;

1

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT

|   |   |   |   |
|---|---|---|---|
| 1 | • | February 9, 2009 | Plaintiffs' expert witness reports due for |
| 2 | | | certification issues; |
| 3 | • | February 23, 2009 | Wells Fargo's rebuttal disclosure and reports for |
| 4 | | | certification issues; |
| 5 | • | March 2, 2009 | Plaintiffs' rebuttal disclosure and reports for |
| 6 | | | certification issues; |
| 7 | • | March 16, 2009 | Expert discovery cutoff for certification issues. |

**4. Class Certification**

Plaintiffs' motion for class certification shall be heard on ~~August 6~~ August 7, 2009, at 9:00 a.m. The following briefing schedule shall apply to the class certification motion:

- May 4, 2009     Last day to file motion for class certification;
- June 1, 2009     Last day to file opposition to class certification;
- July 1, 2009     Last day to file reply briefs.

**5. Post Class Certification Status Conference**

On ~~November 11~~ November 13, 2009 at 10:30 a.m., the Court will hold a post-class certification status conference.

**6. Subsequent Discovery**

Plaintiffs and Wells Fargo shall adhere to the following schedule for the remainder of discovery:

- February 15, 2010     Fact discovery closes;
- March 16, 2010     Parties' disclosure of initial expert reports;
- April 19, 2010     Parties' disclosure of rebuttal expert reports;
- May 19, 2010     Expert discovery closes.

**7. Dispositive Motions**

The Court sets the following tentative deadline for dispositive motions;

- June 8, 2010     Last day to file dispositive motions;
- July 12, 2010     Last day to file opposition to dispositive motion;
- August 2, 2010     Last day to file reply.

2

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT

1   The Court sets a hearing to consider dispositive motions for ~~August 26~~ August 27, 2010.

2   **8.**   **Trial Date** and Pretrial Conference
    The Court sets the Pretrial Conference for October 5, 2010.

3   The Court sets October 18, 2010 as ~~a tentative trial date~~ the trial date.

4   **SO ORDERED:**

5   Dated: July 28, 2008

6   _____
    Hon. Maxine Chesney
7   United States District Court Judge

3

AMENDED PRETRIAL ORDER
ON CASE MANAGEMENT