BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
         wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
Telephone: 617-357-5500, ext. 15
Facsimile: 617-357-5030
E-mail: klein@roddykleinryan.com
         kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC |
| This document relates to<br>ALL ACTIONS | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' DISCOVERY RESPONSES**<br><br>Honorable Maxine M. Chesney |

1  WHEREAS, Defendant has served Plaintiffs with the following written discovery
2  requests (collectively the "Discovery Requests"):
3      1.    Defendants Wells Fargo Bank, N.A.'s Interrogatories to Plaintiffs (Set One)
4      2.    Defendant Wells Fargo Bank N.A.'s Requests for Admissions (Set One);
5  and
6      3.    Defendant Wells Fargo Bank N.A.'s Requests for Production of Documents
7  (Set One).
8      WHEREAS, the parties have agreed to proceed to mediation before the Hon.
9  Ronald M. Sabraw (Ret.) of JAMS, who has scheduled an initial mediation session to
10  take place on August 28, 2008;
11      WHEREAS, Plaintiffs have requested, and Defendant has agreed to, an extension
12  of the deadlines for Plaintiffs to respond to the Discovery Requests to avoid the
13  unnecessary expenditure of time and resources during the pendency of the mediation.
14      NOW, THEREFORE, the parties stipulate and respectfully request the Court to
15  extend the deadlines for Plaintiffs to respond to the Discovery Requests to a date three (3)
16  weeks after Defendant provides written notice to Co-Lead Interim Class Counsel that it
17  considers the private mediation to be concluded, without success, unless the parties
18  otherwise agree in writing.
19      DATED this 21st day of August, 2008.

BONNETT, FAIRBOURN, FRIEDMAN, &
BALINT, P.C.

/s/Andrew S. Friedman
Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

| | |
|---|---|
| 1 | RODDY KLEIN & RYAN |
| 2 | /s/Gary Klein |
| 3 | Gary Klein |
|   | Shennan Kavanagh |
| 4 | 727 Atlantic Avenue |
|   | Boston, MA 02111-02810 |
| 5 | (617) 357-5500 ext. 15 |
| 6 | |
|   | Co-Lead Interim Class Counsel |
| 7 | |
| 8 | REED SMITH LLP |
| 9 | /s/Robert D. Phillips, Jr. |
|   | Robert D. Phillips, Jr. |
| 10 | Tyree P. Jones, Jr. |
| 11 | David S. Reidy |
|   | P. O. Box 7936 |
| 12 | San Francisco, CA 94120-7936 |
|   | Telephone:  (415) 543-8700 |
| 13 | Facsimile: (415) 391-8269 |
| 14 | |
| 15 | Attorneys for Defendant |
|   | Wells Fargo Bank, N.A. |

Stipulation to Extend Deadline for Plaintiffs' Discovery Responses
M:08-CV-01930-MMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

   I, Andrew S. Friedman, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on August 21, 2008.

   /s/ Andrew S. Friedman
   Andrew S. Friedman

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
8
9  In re: WELLS FARGO MORTGAGE          )
   LENDING PRACTICES LITIGATION         )   M:08-CV-01930-MMC
10                                      )
                                        )
11 This document relates to             )   **[PROPOSED] ORDER**
                                        )
12 ALL ACTIONS                          )
                                        )   Honorable Maxine M. Chesney
13                                      )
                                        )
14                                      )
                                        )
15

16         Pursuant to the parties' Stipulation to Extend Deadline for Plaintiffs' Discovery
17 Responses and good cause appearing therefore,
18         IT IS HEREBY ORDERED that the deadline for Plaintiffs' to respond to
19 Defendant Wells Fargo Bank, N.A.'s Interrogatories to Plaintiffs (Set One), Requests for
20 Admissions (Set One); and Requests for Production of Documents (Set One) is hereby
21 extended until to a date three (3) weeks after Defendant provides written notice to Co-
22 Lead Interim Class Counsel that it considers the private mediation to be concluded,
23 without success, unless the parties otherwise agree in writing.
24         DATED: _____
25
                                            _____
26                                          Maxine M. Chesney
                                            United States District Court Judge
27
28

                                                                         Order
                                                                         M:08-CV-01930-MMC