UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: WELLS FARGO MORTGAGE )
LENDING PRACTICES LITIGATION ) M:08-CV-01930-MMC
)
)
) **[PROPOSED]** ORDER
This document relates to )
)
ALL ACTIONS ) Honorable Maxine M. Chesney
)
)
)
)

Pursuant to the parties' Stipulation to Extend Deadline for Plaintiffs' Discovery Responses and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Plaintiffs' to respond to Defendant Wells Fargo Bank, N.A.'s Interrogatories to Plaintiffs (Set One), Requests for Admissions (Set One); and Requests for Production of Documents (Set One) is hereby extended until to a date three (3) weeks after Defendant provides written notice to Co-Lead Interim Class Counsel that it considers the private mediation to be concluded, without success, unless the parties otherwise agree in writing.

DATED: August 25, 2008

Maxine M. Chesney
United States District Court Judge

Order
M:08-CV-01930-MMC