IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>    ALL ACTIONS<br>_____/ | M: 08-CV-1930 MMC<br><br>**ORDER RE: STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE; EXTENDING DEADLINES TO COMPLETE DISCOVERY FOR CERTIFICATION ISSUES** |

On December 24, 2008, the parties filed a "Stipulation to Modify Case Management Schedule," by which the parties seek to continue all remaining deadlines and dates, including the trial date, in the above-titled action by approximately 120 days. Having read and considered the stipulation, the Court rules as follows.

In support of their joint request to continue the remaining deadlines and dates, the parties assert they will be unable to complete fact discovery with respect to class certification issues by the current January 12, 2009 deadline, in light of their inability to

//

1  "schedule [ ] depositions over the holiday period."  (See Stip., filed December 24, 2008, at

2  1:28.)  Although such reason constitutes good cause for a limited extension of the

3  discovery deadlines with respect to certification issues, the parties fail to provide any

4  explanation, let alone show good cause, for a four-month extension of such deadlines, let

5  alone for all other deadlines and dates.

6        Accordingly, to the extent the parties seek to continue all remaining deadlines and

7  dates by 120 days, the stipulation is hereby DENIED.  The deadlines pertaining to class

8  certification discovery, however, will be extended, as follows:

9        1.  The deadline to complete fact discovery for certification issues is extended from

10  January 12, 2009 to February 2, 2009.

11        2.  The deadline for plaintiffs to serve their Rule 26(a)(2) identification of experts for

12  certification issues is extended from February 2, 2009 to February 20, 2009.

13        3.  The deadline for plaintiffs to serve expert witness reports for certification issues is

14  extended from February 9, 2009 to February 27, 2009.

15        4.  The deadline for defendant to serve its rebuttal disclosures and reports for

16  certification issues is extended from February 23, 2009 to March 13, 2009.

17        5.  The deadline for plaintiffs to serve their rebuttal disclosures and reports for

18  certification issues is extended from March 2, 2009 to March 20, 2009.

19        6.  The deadline to complete expert discovery for certification issues is extended

20  from March 16, 2009 to April 3, 2009.

21        **IT IS SO ORDERED.**

22

23  Dated: December 31, 2008

24                             MAXINE M. CHESNEY
                           United States District Judge

25

26

27

28