IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS<br>_____/ | M: 08-CV-1930 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINES; DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO SET STATUS CONFERENCE** |

      Pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Compel Defendant to Produce Documents and to Participate in Discovery in Good Faith," filed January 12, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar. Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

      Further, pursuant to Civil Local Rule 72-1, plaintiffs' "Motion to Extend Discovery Deadlines and Set a Status Conference," filed January 12, 2009, is, to the extent plaintiffs seek an extension of the February 2, 2009 fact discovery deadline, REFERRED to the

1  Magistrate Judge to whom all discovery matters will be assigned, for the reason that such
2  motion presents issues that substantially overlap with those presented in the Motion to
3  Compel; to the extent plaintiffs request the Court set a status conference, the motion is
4  hereby DENIED without prejudice to any party's seeking to advance the currently-
5  scheduled November 13, 2009 Status Conference, after resolution by the Magistrate Judge
6  of the above-referenced motions.
7       The hearing scheduled for February 20, 2009 before the undersigned is hereby
8  VACATED.
9       **IT IS SO ORDERED.**

11  Dated:  January 12, 2009

                                        _____
                                        MAXINE M. CHESNEY
                                        United States District Judge