IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br>_____<br>This Document Relates To:<br>    ALL ACTIONS<br>_____/ | M: 08-CV-1930 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE JAMES LARSON DEFENDANT'S MOTION TO COMPEL** |

    Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel Production of Documents and Further Responses to Discovery," filed January 14, 2009, is hereby REFERRED to Magistrate Judge James Larson, to whom all discovery matters previously were referred.

    The parties will be advised of the next appearance, if any, by Judge Larson's chambers.

    The February 20, 2009 hearing before the undersigned is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: January 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge