UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION ) ) ) ) This document relates to ) ) ALL ACTIONS ) ) ) ) ) | M:08-CV-01930-MMC (JL)<br><br>[~~PROPOSED~~] ORDER<br><br>Honorable James Larson |

Pursuant to the parties' Stipulation to Extend Discovery Deadlines Pending Discovery Rulings and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. A hearing on Plaintiffs' Motion to Compel Defendant to Produce Documents and to Participate in Discovery in Good Faith will be held on February 25, 2009 at 9:30 a.m..

2. The deadline to complete fact discovery for certification issues is extended from February 2, 2009 until March 13, 2009.

3. The deadline for Plaintiffs to serve their Rule 26(a)(2) identification of experts for certification issues is extended from February 20, 2009 until April 3, 2009.

4. The deadline for Plaintiffs to serve expert witness reports for certification issues is extended from February 27, 2009 until April 10, 2009.

1    5.  The deadline for Defendant to serve its rebuttal disclosures and reports for certification issues is extended from March 13, 2009 until May 1, 2009;

6.  The deadline for Plaintiffs to serve their rebuttal disclosures and reports for certification issues is extended from March 20, 2009 until May 8, 2009.

7.  The deadline to complete expert discovery for certification issues is extended from April 3, 2009 until May 22, 2009.

DATED: January 21, 2009

_____
U.S. Magistrate Judge James Larson