BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
        wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
Telephone: 617-357-5500, ext. 15
Facsimile: 617-357-5030
E-mail: klein@roddykleinryan.com
        kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br>ALL ACTIONS | [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE<br><br>Magistrate Judge James Larson |

M:08-CV-01930-MMC (JL)

1     Based on the stipulation of the parties to this action, and good cause appearing
2 thereon, this Court hereby approves the Stipulation to Extend Briefing Schedule [Doc.
3 68]. The deadline for the parties to file further briefing on the issue of privilege of loan
4 methodologies will be March 6, 2009, with responses due March 18, 2009.

6 SO ORDERED:

7 DATED: \_\_\_March 5,_____, 2009

9 _____*/s/ James Larson*_____
    Hon. Magistrate Judge James Larson

2