1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  Andrew S. Friedman (admitted *pro hac vice*)
3  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
5  Tel: (602) 274-1100
   Fax: (602) 274-1199
6  E-mail: afriedman@bffb.com
              wharrison@bffb.com
7
8  RODDY KLEIN & RYAN
   Gary Klein (admitted *pro hac vice*)
9  Shennan Kavanagh
   727 Atlantic Avenue
10 Boston, MA 02111-02810
11 Telephone: 617-357-5500, ext. 15
   Facsimile: 617-357-5030
12 E-mail: klein@roddykleinryan.com
              kavanagh@roddykleinryan.com
13
14 *Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br><br>ALL ACTIONS | **[PROPOSED] ORDER FURTHER EXTENDING BRIEFING SCHEDULE**<br><br>Magistrate Judge James Larson |

1  Pursuant to stipulation of the parties and good cause appearing therefor,
2  IT IS HEREBY ORDERED that the dates for the parties to file simultaneous
3 briefs on whether any privilege applies to the methodologies used by Defendant for fair
4 lending analyses is extended to March 10, 2009 and responses to be filed by March 18,
5 2009.

7 DATED: 3/11/09                    _____
                                     Hon. James Larson

4