Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     (415) 543-8700
Facsimile:      (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.: 08-CV-01930 MMC<br><br>[PROPOSED] **SECOND AMENDED PRETRIAL ORDER ON CASE MANAGEMENT**<br><br>*Hon. Maxine M. Chesney* |

**ORDER**

Based on the stipulation of the parties to this action, and good cause appearing thereon, this Court hereby amends its Amended Pretrial Order on Case Management (Doc. 22) in this action, and all subsequent orders relating to case management or discovery deadlines, and hereby modifies the case management schedule as follows:

A.   **Class Certification Phase**

Discovery

- June 12, 2009           Fact Discovery Cutoff
- July 6, 2009             Plaintiff's Expert Disclosures Due
- July 13, 2009           Plaintiff's Expert Reports Due

|   |   |   |
|---|---|---|
| | • August 3, 2009 | Defendant's Rebuttal Expert Disclosure & Reports Due |
| | • August 10, 2009 | Plaintiff's Rebuttal Expert Disclosure & Reports Due |
| | • August 24, 2009 | Expert Discovery Cutoff |

Class Certification

|   |   |   |
|---|---|---|
| | • September 4, 2009 | Last day to file class certification motion |
| | • October 16, 2009 | Last day to file opposition to class certification motion |
| | • November 13, 2009 | Last day to file reply in support of class certification |
| | • December 11, 2009 | Hearing on class certification motion |
| | • March 12, 2010, 10:30 a.m. | Post-Class Certification Status Conference |

**B.   Merits Phase**

Discovery

|   |   |   |
|---|---|---|
| | • June 14, 2010 | Fact Discovery Cutoff |
| | • July 12, 2010 | Parties' disclosure of initial expert reports |
| | • August 16, 2010 | Parties' disclosure of rebuttal expert reports |
| | • September 20, 2010 | Expert Discovery Cutoff |

Dispositive Motions

|   |   |   |
|---|---|---|
| | • ~~October 11, 2010~~ | |
| | October 1, 2010 | Last day to file dispositive motions |
| | • ~~November 15, 2010~~ | |
| | November 5, 2010 | Last day to file opposition to dispositive motions |
| | • ~~December 6, 2010~~ | |
| | November 24, 2010 | Last day to file reply |
| | • ~~December 20, 2010~~ | |
| | December 10, 2010 | Hearing on dispositive motions |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

<u>Trial Date and Pretrial Conference</u>

- February 8, 2011         Pretrial Conference
- ~~February 21, 2011~~
   February 22, 2011       Trial

**SO ORDERED:**

DATED: __March 13__, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge