Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.: 08-CV-01930 MMC (JL)<br><br>**STIPULATION RE EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER; [PROPOSED] ORDER THEREON**<br><br>*Chief Magistrate Judge James Larson* |

**STIPULATION**

WHEREAS, on February 25, 2009, this Court heard Plaintiffs' motion to compel further discovery in this action; and

WHEREAS, this Court granted in part and denied in part Plaintiffs' motion and, on March 3, 2009, issued its Order directing Wells Fargo to produce further documents by April 1, 2009 (Doc. 69); and

WHEREAS, although Wells Fargo is working to comply with this Court's Order and expects to make a supplemental production under various categories by April 1, 2009, certain categories of documents, including underwriting documents, are extremely voluminous and gathering and

formatting these materials for production has presented technical challenges which have delayed the production; and

WHEREAS, Wells Fargo believes it can complete the production by April 6, 2009, and the parties agree that good cause exists to allow a short extension of time for Wells Fargo to comply with the Order:

**IT IS THEREFORE STIPULATED** between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record, that the deadline for Wells Fargo to comply with this Court's Order be continued to April 6, 2009.

**SO STIPULATED:**

DATED: March 31, 2009      REED SMITH LLP

By    /s/
    David S. Reidy
    Attorneys for Defendant
    WELLS FARGO BANK, N.A.

DATED: March 31, 2009      BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By    /s/
    Andrew S. Friedman
    Co-Lead Counsel for Plaintiffs

By    /s/
    Gary Klein
    Co-Lead Counsel for Plaintiffs

**ORDER**

Based on the stipulation of the Parties and for good cause shown, IT IS SO ORDERED:

DATED: __April__ __10__, 2009

_____
Hon. James Larson
United States Magistrate Judge

– 2 –

STIPULATION AND [PROPOSED ORDER]

US_ACTIVE-101395207.1-DSREIDY

## CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

DATED: March 31, 2009  REED SMITH LLP

By  /s/
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.