BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
          wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
Telephone: 617-357-5500, ext. 15
Facsimile: 617-357-5030
E-mail: klein@roddykleinryan.com
          kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br>ALL ACTIONS | **[PROPOSED]** ORDER SETTING STATUS CONFERENCE |

1    Pursuant to the parties' joint request for a status conference and good cause
2 appearing therefore,
3    IT IS HEREBY ordered that a status conference is set for June 5, 2009, at 10:30 a.m.;
a Joint Status Conference Statement shall be filed no later than May 29, 2009.
4    DATED: May 20, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge

Order Setting Status Conference
M:08-CV-01930-MMC (JL)

- 1 -