Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.: 08-CV-01930 MMC (JL)<br><br>[PROPOSED] **ORDER SETTING STATUS CONFERENCE**<br><br>*Hon. Maxine M. Chesney* |

Pursuant to the parties' joint request, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Status Conference currently set for June 5, 2009, is continued to June 12, 2009 at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than __June 5__, 2009.

**SO ORDERED:**

DATED: __May 28__, 2009

_____
Hon. Maxine M. Chesney
United States ~~Magistrate~~ Judge
District