IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br>_____<br><br>This Document Relates To:<br>    ALL ACTIONS<br>_____/ | M: 08-CV-1930 MMC<br><br>**ORDER DENYING PLAINTIFFS' RENEWED ADMINISTRATIVE MOTION RE: SEALING ORDER** |

    Before the Court is plaintiffs' "Renewed Administrative Motion Re: Sealing Order," filed May 20, 2009, by which plaintiffs seek leave to file under seal three pages of the Declaration of Gary Klein, five pages of Exhibit A attached thereto, and the entirety of Exhibit B attached thereto.  Having read and considered the motion, the Court rules as follows.

    As stated in the Court's May 13, 2009 order denying plaintiffs' motion to file under seal the entirety of the above-referenced declaration, a motion to file a document under seal "must be narrowly tailored to seek sealing only of sealable material."  See Civil L.R. 79-5(a).  Here, although plaintiffs state they have designated the subject pages as confidential, plaintiffs fail to provide any explanation to support such designation, and the confidentiality of the entirety of each subject page is not facially apparent therefrom.  As an

1  example, the questions and answers set forth on the first page on Exhibit B at lines 1
2  through 15 disclose two job positions one plaintiff has held in the recent past, and there is
3  no indication why such information could be considered "privileged or protectable as a
4  trade secret or otherwise entitled to protection under the law."  See Civil L.R. 79-5(a).
5  Moreover, it is plain from the face of the subject pages that some of the matter disclosed
6  therein has been previously filed in the public record by one or more plaintiffs.  (See, e.g.,
7  Klein Decl. at 4: 10 1/2 - 11 1/2, Ex. B, seventh page, lines 4-6.
8        Accordingly, plaintiffs' motion is hereby DENIED.
9        The Clerk is directed to follow the procedure set forth in Civil Local Rule 79-5(e).
10       **IT IS SO ORDERED.**

12  Dated:  June 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge