1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
7  Telephone:   (415) 543-8700
   Facsimile:    (415) 391-8269
8
   Attorneys for Defendant
9  WELLS FARGO BANK, N.A.

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12

13  In re:  WELLS FARGO RESIDENTIAL          Case No.: 08-CV-01930 MMC
    MORTGAGE LENDING DISCRIMINATION
14  LITIGATION                               [PROPOSED] THIRD AMENDED
                                             PRETRIAL ORDER ON CASE
15  This document relates to:                MANAGEMENT

16  ALL ACTIONS
                                             *Hon. Maxine M. Chesney*
17

18                                  **ORDER**

19       Based on the stipulation of the parties to this action, and good cause appearing thereon, this

20  Court hereby amends its Second Amended Pretrial Order on Case Management (Doc. 85) in this

21  action, and all subsequent orders relating to case management or discovery deadlines, and hereby

22  modifies the case management schedule as follows:

23  A.    **Class Certification Phase**

24        <u>Discovery</u>

25            • October, 13, 2009          Fact Discovery Cutoff

26            • November 6, 2009           Plaintiffs' Expert Disclosures Due

27            • November 13, 2009          Plaintiffs' Expert Reports Due

28            • December 3, 2009           Defendant's Rebuttal Expert Disclosure & Reports Due

|   |   |   |
|---|---|---|
| | • December 10, 2009 | Plaintiffs' Rebuttal Expert Disclosure & Reports Due |
| | • December 28, 2009 | Expert Discovery Cutoff |

Class Certification

|   |   |   |
|---|---|---|
| | • January 4, 2010 | Last Day to File Class Certification Motion |
| | • February 16, 2010 | Last Day to File Opp. to Class Certification Motion |
| | • March 15, 2010 | Last Day to File Reply in Support of Class Certification |
| | • April 16, 2010 | Hearing on Class Certification Motion |
| | • July 16, 2010, 10:30 a.m. | Post-Class Certification Status Conference |

B.  **Merits Phase**

Discovery

|   |   |   |
|---|---|---|
| | • October 14, 2010 | Fact Discovery Cutoff |
| | • November 12, 2010 | Parties' Disclosure of Initial Expert Reports |
| | • December 16, 2010 | Parties' Disclosure of Rebuttal Expert Reports |
| | • January 20, 2011 | Expert Discovery Cutoff |

Dispositive Motions

|   |   |   |
|---|---|---|
| | • February 1, 2011 | Last Day to File Dispositive Motions |
| | • March 7, 2011 | Last Day to File Opposition to Dispositive Motions |
| | • March 24, 2011 | Last Day to File Reply |
| | • April 8, 2011 | Hearing on Dispositive Motions |

Trial Date and Pretrial Conference

|   |   |   |
|---|---|---|
| | • June 7, 2011 | Pretrial Conference |
| | • June 20, 2011 | Trial |

**SO ORDERED:**

DATED: _June 29_, 2009

*/s/ Maxine M. Chesney*

Hon. Maxine M. Chesney
United States District Court Judge