IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | M: 08-CV-1930 MMC<br><br>**ORDER VACATING JULY 10, 2009 HEARING** |
| This Document Relates To:<br><br>    ALL ACTIONS                              / | |

Before the Court is the defendant Wells Fargo Bank, N.A.'s Motion to Join Mortgage Brokers as Necessary Parties, filed June 2, 2009. Plaintiffs have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective submissions, and VACATES the hearing scheduled for July 10, 2009.

**IT IS SO ORDERED.**

Dated: July 7, 2009

MAXINE M. CHESNEY
United States District Judge