| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| 2 | & BALINT, P.C. |
| | Andrew S. Friedman (admitted *pro hac vice*) |
| 3 | Wendy J. Harrison (CA SBN 151090) |
| | 2901 North Central Avenue, Suite 1000 |
| 4 | Phoenix, Arizona 85012 |
| 5 | (602) 274-1100 |
| 6 | RODDY KLEIN & RYAN |
| | Gary Klein |
| 7 | Shennan Kavanagh |
| 8 | 727 Atlantic Avenue |
| | Boston, MA 02111-02810 |
| 9 | (617) 357-5500 ext. 15 |
| 10 | *Interim Co-Lead Class Counsel* |
| 11 | |
| 12 | *[Additional counsel appear on signature page.]* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION

This document relates to

ALL ACTIONS

M:08-CV-01930-MMC (JL)

**[PROPOSED] FOURTH AMENDED PRETRIAL ORDER ON CASE MANAGEMENT**

*Hon. Maxine M. Chesney*

Based on the stipulation of the parties , and good cause appearing therefor, this Court hereby amends its Third Amended Pretrial Order on Case Management (Doc. 148) in this action, and all subsequent orders relating to case management or discovery deadlines, and hereby modifies the case management schedule as follows:

**A.  Class Certificate Phase**

<u>Discovery</u>

| | |
|---|---|
| November 30, 2009 | Fact Discovery Cutoff |
| February 5, 2010 | Plaintiffs' Expert Disclosures Due |
| February 12, 2010 | Plaintiffs' Expert Reports Due |
| March 3, 2010 | Defendant's Rebuttal Expert Disclosure & Reports Due |
| March 10, 2010 | Plaintiffs' Rebuttal Expert Disclosure & Reports Due |
| March 29, 2010 | Expert Discovery Cutoff |

<u>Class Certification</u>

| | |
|---|---|
| April 5, 2010 | Last Day to File Class Certification Motion |
| May 18, 2010 | Last Day to File Opposition to Class Certification Motion |
| June 14, 2010 | Last Day to File Reply in Support of Class Certification |
| July 16, 2010 | Hearing on Class Certification Motion |
| October 15, 2010, 10:30 a.m. | Post-Class Certification Status Conference |

**B.  Merits Phase**

<u>Discovery</u>

| | |
|---|---|
| October 14, 2010 | Fact Discovery Cutoff |
| November 12, 2010 | Parties' Disclosure of Initial Expert Reports |
| December 16, 2010 | Parties' Disclosure Rebuttal Expert Reports |
| January 20, 2011 | Expert Discovery Cutoff |

<u>Dispositive Motions</u>

| | |
|---|---|
| February 1, 2011 | Last Day to File Dispositive Motions |
| March 7, 2011 | Last Day to file Opposition to Dispositive Motions |

| | |
|---|---|
| March 24, 2011 | Last Day to File Reply |
| April 8, 2011 | Hearing on Dispositive Motions |

Trial Date and Pretrial Conference

| | |
|---|---|
| June 7, 2011 | Pretrial Conference |
| June 20, 2011 | Trial |

**SO ORDERED**:


Dated November 6, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge