BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Interim Co-Lead Class Counsel*

*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br>ALL ACTIONS | [PROPOSED] **FOURTH AMENDED PRETRIAL ORDER ON CASE MANAGEMENT**<br><br>***Hon. Maxine M. Chesney*** |

Fourth Amended Pretrial Order on Case Management     M:08-CV-01930-MMC (JL)

1    Based on the stipulation of the parties , and good cause appearing therefor, this Court hereby
2    amends its Third Amended Pretrial Order on Case Management (Doc. 148) in this action, and all
3    subsequent orders relating to case management or discovery deadlines, and hereby modifies the
4    case management schedule as follows:

**A.    Class Certificate Phase**

Discovery

| Date | Event |
|---|---|
| November 30, 2009 | Fact Discovery Cutoff |
| February 5, 2010 | Plaintiffs' Expert Disclosures Due |
| February 12, 2010 | Plaintiffs' Expert Reports Due |
| March 3, 2010 | Defendant's Rebuttal Expert Disclosure & Reports Due |
| March 10, 2010 | Plaintiffs' Rebuttal Expert Disclosure & Reports Due |
| March 29, 2010 | Expert Discovery Cutoff |

Class Certification

| Date | Event |
|---|---|
| April 5, 2010 | Last Day to File Class Certification Motion |
| May 18, 2010 | Last Day to File Opposition to Class Certification Motion |
| June 14, 2010 | Last Day to File Reply in Support of Class Certification |
| July 16, 2010 | Hearing on Class Certification Motion |
| October 15, 2010, 10:30 a.m. | Post-Class Certification Status Conference |

**B.    Merits Phase**

Discovery

| Date | Event |
|---|---|
| October 14, 2010 | Fact Discovery Cutoff |
| November 12, 2010 | Parties' Disclosure of Initial Expert Reports |
| December 16, 2010 | Parties' Disclosure Rebuttal Expert Reports |
| January 20, 2011 | Expert Discovery Cutoff |

Dispositive Motions

| Date | Event |
|---|---|
| February 1, 2011 | Last Day to File Dispositive Motions |
| March 7, 2011 | Last Day to file Opposition to Dispositive Motions |

|   |   |
|---|---|
| March 24, 2011 | Last Day to File Reply |
| April 8, 2011 | Hearing on Dispositive Motions |

<u>Trial Date and Pretrial Conference</u>

|   |   |
|---|---|
| June 7, 2011 | Pretrial Conference |
| June 20, 2011 | Trial |

**SO ORDERED**:

Dated <u>November 6</u>, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge