Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.: 08-CV-01930 MMC (JL)<br><br>[PROPOSED] **FIFTH AMENDED PRETRIAL ORDER ON CASE MANAGEMENT**<br><br><br>*Hon. Maxine M. Chesney* |

Based on the stipulation of the parties regarding the filing of Plaintiffs' Amended Complaint, and good cause appearing thereon, the Court hereby amends its Fourth Amended Pretrial Order on Case Management (Doc 179) in this action, and enters the following order modifying the case management schedule as follows:

**A.  Class Certification Phase**

<u>Discovery</u>

| | |
|---|---|
| March 1, 2010 | Fact Discovery Cutoff |
| May 6, 2010 | Plaintiffs' Expert Disclosures Due |
| May 13, 2010 | Plaintiffs' Expert Reports Due |
| June 1, 2010 | Defendant's Rebuttal Expert Disclosure & Reports Due |
| June 8, 2010 | Plaintiffs' Rebuttal Expert Disclosure & Reports Due |
| June 28, 2010 | Expert Discovery Cutoff |

<u>Class Certification</u>

| | |
|---|---|
| July 6, 2010 | Last Day to File Class Certification Motion |
| August 16, 2010 | Last Day to File Opposition to Class Certification Motion |
| September 13, 2010 | Last Day to File Reply in Support of Class Certification |
| October ~~September~~ 15, 2010 | Hearing on Class Certification Motion |
| January 14, 2011, 10:30 a.m. | Post-Class Certification Status Conference |

**B.  Merits Phase**

<u>Discovery</u>

| | |
|---|---|
| January 13 ~~14~~, 2011 | Fact Discovery Cutoff |
| February 10, 2011 | Parties' Disclosure of Initial Expert Reports |
| March 16, 2011 | Parties' Disclosure of Rebuttal Expert Reports |
| April 20, 2011 | Expert Discovery Cutoff |

<u>Dispositive Motions</u>

| | |
|---|---|
| May 2, 2011 | Last Day to File Dispositive Motions |
| June 6, 2011 | Last Day to Files Opposition to Dispositive Motions |
| June 22, 2011 | Last Day to File Reply |

| | | |
|---|---|---|
| July 7, 2011 | Hearing on Dispositive Motions | |

Trial Date and Pretrial Conference

| | | |
|---|---|---|
| September 6, 2011 | Pretrial Conference |
| September 26, 2011 | Trial |

**IT IS SO ORDERED.**

DATED: December 4, 2009



Hon. Maxine M. Chesney
United States District Court Judge