Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.: 08-CV-01930 MMC (JL)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' AMENDED COMPLAINT<br><br>*Hon. Maxine M. Chesney* |

Based on the stipulation of the parties, and good cause appearing thereon, the Court hereby ORDERS as follows:

IT IS HEREBY ORDERED that Plaintiffs are granted leave of court to file the First Consolidated and Amended Class Action Complaint as presented to this Court as Exhibit A to Plaintiffs' Motion.

IT IS FURTHER ORDERED that Plaintiffs shall file the First Consolidated and Amended Class Action Complaint no later than December 7, 2009.

IT IS FURTHER ORDERED that Defendant shall file its responsive pleading to the Amended Complaint no later than December 28, 2009.

IT IS FURTHER ORDERED that the December 18, 2009 hearing is VACATED.

**IT IS SO ORDERED.**

DATED: December 4, 2009



Hon. Maxine M. Chesney
United States District Court Judge