1  Robert D. Phillips, Jr. (SBN 82639)
2  Tyree P. Jones (SBN 127631)
   David S. Reidy (SBN 225904)
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105

5  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  In re: WELLS FARGO RESIDENTIAL        Case No.: 08-CV-01930 MMC (JL)
    MORTGAGE LENDING DISCRIMINATION
13  LITIGATION                            [PROPOSED] ORDER RE PLAINTIFFS'
                                          AMENDED COMPLAINT
14  This document relates to:

15  ALL ACTIONS                           *Hon. Maxine M. Chesney*

Based on the stipulation of the parties, and good cause appearing thereon, the Court hereby ORDERS as follows:

IT IS HEREBY ORDERED that Plaintiffs are granted leave of court to file the First Consolidated and Amended Class Action Complaint as presented to this Court as Exhibit A to Plaintiffs' Motion.

IT IS FURTHER ORDERED that Plaintiffs shall file the First Consolidated and Amended Class Action Complaint no later than December 7, 2009.

IT IS FURTHER ORDERED that Defendant shall file its responsive pleading to the Amended Complaint no later than December 28, 2009.

IT IS FURTHER ORDERED that the December 18, 2009 hearing is VACATED.

**IT IS SO ORDERED.**

DATED: December 4, 2009



_____
Hon. Maxine M. Chesney
United States District Court Judge