IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS<br>_____/ | M: 08-CV-1930 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On December 4, 2009, plaintiffs electronically filed their First Consolidated and Amended Class Action Complaint, to which plaintiffs attached ten exhibits. Although plaintiffs did provide a chambers copy of the amended complaint, plaintiffs have failed to provide a chambers copy of the exhibits attached thereto. Plaintiffs have violated General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's

1  Standing Orders by immediately submitting a chambers copy of the above-referenced
2  exhibits.  Plaintiffs are hereby advised that if they fail in the future to comply with General
3  Order 45 and the Court's Standing Order to provide a chambers copy of each
4  electronically-filed document, the Court may impose sanctions, including, but not limited to,
5  striking from the record any electronically-filed document of which a chambers copy has not
6  been timely provided to the Court.

7  **IT IS SO ORDERED.**

9  Dated:  December 22, 2009

_____
MAXINE M. CHESNEY
United States District Judge