1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) ) ) ) ) ) | No. M:08-cv-01930-MMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE OF LESLIE E. HURST ON BEHALF OF PLAINTIFFS |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | | |

506714_1

1   AND NOW, this __2nd day__ of __March__, 2010, upon consideration of the
2   Motion for Withdrawal of Appearance of Leslie E. Hurst on Behalf of Plaintiffs, it is hereby
3   ORDERED that plaintiffs' motion is GRANTED and Leslie E. Hurst shall be removed as counsel
4   for plaintiffs in the above-captioned matter.

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

506714_1

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF
APPEARANCE OF LESLIE E. HURST ON BEHALF OF PLAINTIFFS - M:08-cv-01930-MMC

- 1 -