BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Interim Co-Lead Class Counsel*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | M:08-CV-01930-MMC (JL)<br><br>**[PROPOSED] SIXTH AMENDED PRETRIAL ORDER ON CASE MANAGEMENT**<br><br>***Hon. Maxine M. Chesney*** |

Based on the stipulation of the parties, and good cause appearing therefor, this Court hereby amends its Fifth Amended Pretrial Order on Case Management (Doc. 205) in this action, and all subsequent orders relating to case management or discovery deadlines, and hereby modifies the Class Certification Phase of the case management schedule as follows:

| Pretrial or Trial Event | Deadline |
| --- | --- |
| Fact Discovery Cutoff | May 3, 2010 |
| Plaintiffs' Expert Disclosure | May 24, 2010 |
| Plaintiff's Expert Witness Disclosure and Reports on Class Certification Issues | May 24, 2010 |
| Defendant's Rebuttal Expert Witness Disclosure and Reports on Class Certification Issues | June 14, 2010 |
| Plaintiff's Rebuttal Expert Witness Disclosure and Report re Class Certification Issues | June 25, 2010 |
| Expert Discovery re Class Certification Issues Cut-Off Date | July 16, 2010 |
| Motion for Class Certification | July 15, 2010 |
| Opposition to Class Certification | August 27, 2010 |
| Reply in Support of Class Certification | September 27, 2010 |
| Hearing on Class Certification | October 29, 2010 |
| Post-Class Certification Status Conference | January 14, 2011 10:30 a.m. |

**SO ORDERED**:

Dated March 26, 2010

Hon. Maxine M. Chesney
United States District Court Judge

Sixth Amended Pretrial Order on Case Management    M:08-CV-01930-MMC (JL)

1