IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | M: 08-CV-1930 MMC<br><br>**ORDER APPOINTING THE HONORABLE RONALD M. SABRAW (RET.) AS SPECIAL MASTER FOR DISCOVERY PURPOSES; DIRECTIONS TO PARTIES** |

Pursuant to the parties' stipulation filed March 4, 2010, the Court hereby appoints the Honorable Ronald M. Sabraw (Ret.) as Special Master, and he shall have the duties set forth in the Court's order of February 18, 2010.

The parties are directed to serve a copy of this order, as well as the Court's February 18, 2010 order, on Judge Sabraw.

**IT IS SO ORDERED.**

Dated: March 29, 2010

MAXINE M. CHESNEY
United States District Judge