IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | M: 08-CV-1930 MMC<br><br>**ORDER VACATING APRIL 2, 2010 HEARING ON DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST PHOENIX HOME LOANS AND SCHAEFER FINANCIAL SERVICES** |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Well Fargo") "Motion for Leave to File Third Party Complaint Against Phoenix Home Loans, and Schaefer Financial Services," filed December 28, 2009. Plaintiffs have filed opposition, in which third-party defendant Lendmark Mortgage Corporation has joined; Wells Fargo has filed a reply to plaintiffs' opposition. Additionally, with leave of court, the parties have filed supplemental briefing. Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby deems the matter suitable for decision thereon, and VACATES the hearing scheduled for April 2, 2010.

**IT IS SO ORDERED.**

Dated: March 31, 2010

MAXINE M. CHESNEY
United States District Judge