ORIGINAL

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
Kevin Costello
727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111
(617) 357-5500

*Co-Lead Interim Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO MORTGAGE LENDING PRACTICES LITICATION<br><br>This document relates to<br><br>ALL ACTIONS | No. 08-CV-01930-MMC (JL)<br><br>CLASS ACTION<br><br>[PROPOSED] **SEVENTH AMENDED PRETRIAL ORDER ON CASE MANAGEMENT**<br><br>*Hon. Maxine M. Chesney* |

1  Based on the stipulation of the parties, and good cause appearing therefore, this Court
2  hereby amends its Sixth Amended Pretrial Order on Case Management (Doc. 240) in this
3  action, and all subsequent orders relating to case management or discovery deadlines, and
4  hereby modifies the Class Certification Phase of the case management schedule as follows:

| **Pretrial or Trial Event** | **Deadline** |
|---|---|
| Plaintiffs' Expert Disclosures & Reports Due | July 9, 2010 |
| Defendant's Rebuttal Expert Disclosure & Reports Due | August 6, 2010 |
| Plaintiffs' Rebuttal Expert Disclosure & Reports Due | August 16, 2010 |
| Expert Discovery Cutoff | September 3, 2010 |
| Last Day to File Class Certification Motion | September 3, 2010 |
| Last Day to File Opposition To Class Certification Motion | October 15, 2010 |
| Last Day to File Reply in Support of Class Certification | November 15, 2010 |
| Hearing on Class Certification Motion | December 17, 2010 |
| Post-Class Certification Status Conference. | January 14, 2010 10:30 a.m. |

APPROVED:

Dated: May 14, 2010

Judge Ronald M. Sabraw (Ret.)
Special Master

SO ORDERED:

Dated: May 21, 2010

Hon. Maxine M. Chesney
United States District Court Judge

1