1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  Andrew S. Friedman (admitted *pro hac vice*)
3  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
5  Tel: (602) 274-1100
   Fax: (602) 274-1199
6  E-mail: afriedman@bffb.com
           wharrison@bffb.com
7

8  RODDY KLEIN & RYAN
   Gary Klein (admitted *pro hac vice*)
9  Shennan Kavanagh
10 727 Atlantic Avenue
   Boston, MA 02111-02810
11 Telephone: 617-357-5500, ext. 15
   Facsimile: 617-357-5030
12 E-mail: klein@roddykleinryan.com
13          kavanagh@roddykleinryan.com

14 *Co-Lead Interim Class Counsel*

15                 UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA

17  In re: WELLS FARGO MORTGAGE          )
    LENDING PRACTICES LITIGATION         )   Case No. 3:08-md-01930-MMC
18                                       )
19  ─────────────────────────────       )   [PROPOSED] EIGHTH AMENDED
                                         )   PRETRIAL ORDER ON CASE
    This document relates to            )   MANAGEMENT
20                                       )
    ALL ACTIONS                          )
21                                       )   *Hon. Maxine M. Chesney*
                                         )
22                                       )
                                         )
23  ─────────────────────────────       )

24

25

26

27

28

1    Based on the stipulation of the parties, and good cause appearing therefore, this

2  Court hereby amends its Seventh Amended Pretrial Order on Case Management [Docket

3  No. 249] and the approval of the Special Master extending certain dates of the Seventh

4  Amended Pretrial Order [Docket No. 251] as follows:

5  A.    Class Certification Phase

| Pretrial or Trial Event | Deadline |
|---|---|
| Deadline for Plaintiffs' Expert Disclosures and Reports | August 6, 2010 |
| Deadline for Defendant's Rebuttal Expert Disclosures and Reports | September 3, 2010 |
| Deadline for Plaintiffs' Rebuttal Expert Disclosures and Reports | September 13, 2010 |
| Expert Discovery Cutoff | September 24, 2010 |
| Deadline to File Class Certification Motion | September 24, 2010 |
| Deadline to File Opposition to Class Certification Motion | November 5, 2010 |
| Deadline to File Reply in Support of Class Certification Motion | December 6, 2010 |
| Hearing on Class Certification Motion | ~~[At the discretion of the Court on or after January 7, 2011]~~ |
| Post-Class Certification Status Conference | ~~[At the discretion of the court on or after February 4, 2011]~~ |

22  APPROVED:

23  Dated: July 14, 2010

24                                        Judge Ronald M. Sabraw (Ret.)

25  Dated: July 21, 2010           /s/ Susan Illston for

26                                        Hon. Maxine M. Chesney
                                            United States District Court Judge

27

28