1  BONNETT, FAIRBOURN, FRIEDMAN
2  & BALINT, P.C.
   Andrew S. Friedman (admitted *pro hac vice*)
3  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
5  (602) 274-1100

6  RODDY KLEIN & RYAN
   Gary Klein
7  Shennan Kavanagh
8  727 Atlantic Avenue
   Boston, MA 02111-02810
9  (617) 357-5500 ext. 15

10 *Interim Co-Lead Class Counsel*
11
12 *[Additional counsel appear on signature page.]*

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14
15 In re: WELLS FARGO MORTGAGE         )
       LENDING PRACTICES LITIGATION    ) M:08-CV-01930-MMC (JL)
16                                     )
                                       ) **[PROPOSED] NINTH AMENDED**
17 This document relates to            ) **PRETRIAL ORDER ON CASE**
                                       ) **MANAGEMENT**
18 ALL ACTIONS                         )
                                       ) *Hon. Maxine M. Chesney*
19                                     )
20                                     )
21                                     )
22                                     )
23                                     )

Sixth Amended Pretrial Order on Case Management          M:08-CV-01930-MMC (JL)

Based on the stipulation of the parties, and good cause appearing therefor, this Court hereby amends its Eighth Amended Pretrial Order on Case Management (Doc. 261) in this action, and all subsequent orders relating to case management or discovery deadlines, and hereby modifies the Class Certification Phase of the case management schedule as follows:

| Pretrial or Trial Event | Deadline |
| --- | --- |
| Expert Discovery Cutoff | October 5, 2010 |
| Motion for Class Certification | October 5, 2010 |
| Opposition to Class Certification | November 15, 2010 |
| Reply in Support of Class Certification | December 16, 2010 |
| Hearing on Class Certification | January ~~7, 2011~~ 14, 2011 |
| Post-Class Certification Status Conference | February ~~4, 2011~~ 18, 2011 10:30 a.m. |

**SO ORDERED**:

Dated  Sept. 14  , 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge

Sixth Amended Pretrial Order on Case Management          M:08-CV-01930-MMC (JL)

1