IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR FILING MOTION FOR CLASS CERTIFICATION; EXTENDING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION BY ONE WEEK; CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION; CONTINUING STATUS CONFERENCE** |

Before the Court is plaintiffs' "Motion Pursuant to Civil L.R. 6-3 for Enlargement of Time for Filing Motion for Class Certification and for Expedited Ruling on Same," filed October 1, 2010. Defendant has filed opposition. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

For the reasons stated by defendant, the Court finds plaintiffs have failed to show good cause exists to extend the briefing schedule and hearing on plaintiffs' motion for class certification, let alone for the requested period of sixty days. In particular, the Special Master's order dated September 27, 2010, which order found defendant is entitled to obtain further discovery from two of the named plaintiffs, is not good cause for a continuance.

1. Plaintiffs do not deny that the information sought by defendant is already in plaintiffs' possession; plaintiffs are free to refer to any such information in their motion to the extent plaintiffs believe it is relevant to any class certification issue.  Further, contrary to an assertion made in a footnote in plaintiffs' motion (see Pls.' Mot at 2:26-28), defendants did not produce any "new expert analysis" on September 28, 2010 (see Klapper Decl. ¶ 2).

Accordingly, plaintiffs' motion is hereby DENIED.

Under the current schedule, plaintiffs' motion must be filed today, October 5, 2010. Because plaintiffs may have relied on the instant motion, and to facilitate an orderly consideration of the matter of class certification, the Court will afford plaintiffs a one-week extension of time to complete and file any motion for class certification.  Specifically, the Court sets the following amended schedule:

1. The deadline to file the motion for class certification is CONTINUED from October 5, 2010 to October 12, 2010.

2. The deadline to file opposition is CONTINUED from November 15, 2010 to November 22, 2010.

3. The deadline to file a reply is CONTINUED from December 16, 2010 to December 23, 2010.

4. The hearing on any motion for class certification is CONTINUED from January 14, 2010 to January 21, 2011, at 9:00 a.m.

5. The status conference is CONTINUED from February 18, 2011 to March 4, 2011. A Joint Status Conference shall be filed no later than February 25, 2011.

**IT IS SO ORDERED.**

Dated:  October 5, 2010

MAXINE M. CHESNEY
United States District Judge