BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Interim Co-Lead Class Counsel*

*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-md-01930-MMC (JL) |
| This document relates to<br><br>ALL ACTIONS | [PROPOSED] **ORDER CONTINUING HEARING ON DEFENDANT WELLS FARGO BANK, N.A.'S MOTIONS FOR SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE**<br><br>*Hon. Maxine M. Chesney* |

1   Pursuant to Stipulation of the parties and good cause appearing therefor,

2   IT IS HEREBY ORDERED continuing the hearing on Defendant Wells Fargo Bank, N.A.'s

3   Motion for Summary Judgment, or Partial Summary Judgment, Against Plaintiffs Juan and Josefina

4   Rodriquez (Doc. 289) and Motion for Summary Judgment Against Plaintiffs Gilbert and Tracy

5   Ventura (Doc. 290) ("Motions") to November 19, 2010 at 9:00 a.m.

6   IT IS FURTHER ORDERED that

7   Plaintiffs' shall file a response to Wells Fargo's Motions on or before October 29, 2010 and

8   that Defendant shall file a reply on or before November 5, 2010.

9   DATED:  October 25, 2010

_____
Hon. Maxine M. Chesney
United States District Court Judge