| | |
|---|---|
| 1 | **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.** |
| 2 | Andrew S. Friedman (admitted pro hac vice)<br>Wendy J. Harrison (CA SBN 151090) |
| 3 | 2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012 |
| 4 | (602) 274-1100 |
| 5 | **RODDY KLEIN & RYAN**<br>Gary Klein |
| 6 | Shennan Kavanagh<br>727 Atlantic Avenue |
| 7 | Boston, MA 02111-02810<br>(617) 357-5500 ext. 15 |
| 8 | |
| 9 | *Interim Co-Lead Class Counsel* |
| 10 | *(Additional counsel appear on signature page)* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | ) Case No. M 08-01930 MMC (JL)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' ADMINISTRATIVE**<br>) **MOTION RE RESCHEDULING**<br>) **BRIEFING AND HEARING OF** |
| This document relates to:<br>ALL ACTIONS | ) **DEFENDANT'S MOTION TO**<br>) **EXCLUDE JACKSON REPORT**<br>) |
| | ) Hon. Maxine M. Chesney |

**[PROPOSED] ORDER**

The Court having reviewed Plaintiffs' administrative motion regarding the rescheduling of Defendant Wells Fargo's "Objections to and Motion to Exclude Reports of Plaintiffs' Expert Howell E. Jackson Filed in Support of Plaintiffs' Motion for Class Certification" filed October 28, 2010, defendant's opposition and plaintiffs' reply, and good cause appearing, hereby GRANTS the motion. Defendant's motion is hereby reset for hearing at the same time as Plaintiffs' Motion for Class Certification, January 14, 2011. ~~The due date for all briefing on the motion shall be calculated on the basis of the new hearing date.~~ Plaintiffs' opposition to the motion to exclude shall be filed no later than December 3, 2010, and defendant's reply shall be filed no later than December 28, 2010.

SO ORDERED.

Dated: November 10, 2010

_____
Honorable Maxine M. Chesney
Judge, U.S. District Court