| | |
|---|---|
| 1 | **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.** |
| 2 | Andrew S. Friedman (admitted pro hac vice)<br>Wendy J. Harrison (CA SBN 151090) |
| 3 | 2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012 |
| 4 | (602) 274-1100 |
| 5 | **RODDY KLEIN & RYAN**<br>Gary Klein |
| 6 | Shennan Kavanagh<br>727 Atlantic Avenue |
| 7 | Boston, MA 02111-02810<br>(617) 357-5500 ext. 15 |
| 8 | |
| 9 | *Interim Co-Lead Class Counsel* |
| 10 | *(Additional counsel appear on signature page)* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | ) Case No.  M 08-01930 MMC (JL)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' ADMINISTRATIVE**<br>) **MOTION RE RESCHEDULING**<br>) **BRIEFING AND HEARING OF**<br>) **DEFENDANT'S MOTION TO**<br>) **EXCLUDE JACKSON REPORT**<br>) |
| This document relates to:<br>ALL ACTIONS | |
| _____ | ) Hon. Maxine M. Chesney |

1  **[PROPOSED] ORDER**

2      The Court having reviewed Plaintiffs' administrative motion regarding the

3  rescheduling of Defendant Wells Fargo's "Objections to and Motion to Exclude Reports of

4  Plaintiffs' Expert Howell E. Jackson Filed in Support of Plaintiffs' Motion for Class

5  Certification" filed October 28, 2010, defendant's opposition and plaintiffs' reply, and good cause appearing, hereby GRANTS the motion.

6  Defendant's motion is hereby reset for hearing at the same time as Plaintiffs' Motion for

7  Class Certification, January 21 [~~14~~], 2011. ~~The due date for all briefing on the motion shall be~~

8  ~~calculated on the basis of the new hearing date~~. Plaintiffs' opposition to the motion to exclude

9  shall be filed no later than December 3, 2010, and defendant's reply shall be filed no later than December 28, 2010.

10  SO ORDERED.

11  Dated: November 10, 2010

12                                        Honorable Maxine M. Chesney

13                                        Judge, U.S. District Court