IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This Document Relates To:<br><br>PLAINTIFFS JUAN AND JOSEFINA RODRIGUEZ, AND GILBERT AND TRACY VENTURA ONLY. | M: 08-md-01930 MMC<br><br>**ORDER VACATING NOVEMBER 19, 2010 HEARING ON WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AGAINST JUAN AND JOSEFINA RODRIGUEZ AND WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT AGAINST GILBERT AND TRACY VENTURA** |

Before the Court are two motions for summary judgment, each filed October 8, 2010 by defendant Wells Fargo Bank, N.A. ("Wells Fargo"): (1) "Motion for Summary Judgment, or Partial Summary Judgment, Against Plaintiffs Juan and Josefina Rodriguez"; and (2) "Motion for Summary Judgment Against Gilbert and Tracy Ventura."[1] Plaintiffs Juan and Josefina Rodriquez ("the Rodriguezes") and Gilbert and Tracy Ventura ("the Venturas") have submitted a joint opposition to each motion,[2] to which Wells Fargo has replied.

---

[1] The Court's Standing Orders provide that "[u]nless specific leave has been requested and granted, the Court will address only one motion for summary judgment/ adjudication per side or party." Wells Fargo did not seek, much less obtain, leave to file two motions for summary judgment. Nonetheless, because the two motions present a total of twenty-five pages in length and are based, in large part, on the same issues, the Court will exercise its discretion to consider both motions.

[2] Plaintiffs' opposition is the subject of a pending motion to seal, which motion is based on Wells Fargo's confidentiality designations.

1  Having read and considered the papers submitted in support of and in opposition to
2 the motions, the Court finds the matters suitable for determination on the parties' written
3 submissions and hereby VACATES the hearing scheduled for November 19, 2010.
4  **IT IS SO ORDERED.**

6 Dated: November 16, 2010

_____
MAXINE M. CHESNEY
United States District Judge