IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Wells Fargo Mortgage Lending Practices Litigation

Plaintiff,

v.

Defendant.

CASE NO. 08-01930-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Shennan Kavanagh, whose business address and telephone number is

Roddy Klein & Ryan
727 Atlantic Avenue, 2d Fl.
Boston, MA 02111  (617)357-5500 ext.12

and who is an active member in good standing of the bar of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 17, 2010

United States District Judge
Hon. Maxine M. Chesney