**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re WELLS FARGO RESIDENTIAL
MORTGAGE LENDING DISCRIMINATION
LITIGATION

_____

This Document Relates To:

     ALL ACTIONS.

_____/

M: 08-md-01930 MMC

**ORDER RE: DEFENDANT'S
ADMINISTRATIVE MOTION TO
SCHEDULE STATUS CONFERENCE**

Before the Court is defendant's "Administrative Motion to Schedule Status Conference Regarding Plaintiffs' Improper Expert Declarations," filed December 10, 2010. Plaintiffs have filed opposition.  Having read and considered the parties' respective written submissions, the Court rules as follows:[1]

1.  No later than December 17, 2010, defendant shall file its "Motion to Strike Declarations of Mark Cohen and Ian Ayres" ("Motion to Strike"),[2] and shall notice the Motion to Strike for hearing on January 21, 2011.

_____

[1]Because the parties have adequately set forth the nature of the dispute with respect to scheduling considerations, the Court does not find it necessary to conduct a status conference to address defendant's proposed scheduling modifications.

[2]A draft of the motion is attached as Exhibit C to the Declaration of David S. Reidy, filed December 10, 2010.

1    2. The January 21, 2011 hearing on defendant's Motion to Exclude Reports of

2  Plaintiffs' Expert Howell E. Jackson ("Motion to Exclude") is hereby VACATED.  The

3  hearing date, as well as the deadline for defendant to file a reply, will be reset after

4  resolution of the Motion to Strike.

5    3. In the interests of judicial economy, the January 21, 2011 hearing on plaintiff's

6  Motion for Class Certification is hereby VACATED, and will be reset for the same date on

7  which the Motion to Exclude is reset.  The December 23, 2010 deadline to file a reply,

8  however, remains as presently scheduled.

9    **IT IS SO ORDERED.**

10

11  Dated:  December 15, 2010

MAXINE M. CHESNEY
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2