IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO DEFENDANT** |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") "Administrative Motion to File Under Seal," filed November 22, 2010. Having read and considered the motion, the Court rules as follows:

1. To the extent the motion seeks an order sealing portions of and exhibits to the Declaration of Jill Ann Hunt in Support of Defendant Wells Fargo Bank, N.A.'s Opposition to Plaintiffs' Motion for Class Certification ("Hunt Declaration"), the motion is hereby GRANTED. Specifically, Wells Fargo has shown the following portions and exhibits are properly filed under seal: ¶ 4(a) on page 2; chart and footnote 1 on page 3; chart on page 4; lines 14-20 on page 4; and Exhibits A-D. Wells Fargo is hereby DIRECTED to file under seal, no later than five court days from the date of this order, the unredacted version of the Hunt Declaration. See General Order No. 62 ("If a motion to file under seal is granted in part or full, the requesting party will e-file the document under seal according to the

procedures outlined in the FAQs on the ECF website.").

    2. To the extent the motion seeks an order sealing Exhibits L and M to the Declaration of Tyree P. Jones, Jr. in Support of Defendant Wells Fargo Bank, N.A.'s Opposition to Plaintiffs' Motion for Class Certification ("Jones Declaration"), the motion is hereby DENIED, for the reason that Wells Fargo has not demonstrated either such exhibit is properly filed under seal. If Wells Fargo seeks to have Exhibits L and M to the Jones Declaration considered in connection with its opposition to the motion for class certification, Wells Fargo is hereby DIRECTED to file Exhibits L and M in the public record, no later than five court days from the date of this order.

**IT IS SO ORDERED.**

Dated: December 27, 2010

MAXINE M. CHESNEY
United States District Judge

2