IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION RE: SEALING ORDER [DOC. NO. 354]; DIRECTIONS TO PLAINTIFFS** |

Before the Court is plaintiffs' "Administrative Motion Re: Sealing Order," filed December 23, 2010. Defendant has not filed a response. Having read and considered the administrative motion, the Court rules as follows.

Plaintiffs seek leave to file under seal Plaintiffs' Reply in Support of Motion for Class Certification and the Declaration of Wendy J. Harrison in Support of Plaintiffs' Reply, on the ground that defendant has designated material set forth therein as confidential.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party

1 does not file its responsive declaration as required by this subsection, the document or
2 proposed filing will be made part of the public record." Id.

3     Here, the designating party, defendant, has not filed a responsive declaration within
4 the requisite time.

5     Accordingly, the administrative request is hereby DENIED, and plaintiffs are
6 DIRECTED to file the above-referenced reply and supporting declaration in the public
7 record, no later than five court days from the date of this order.

8     **IT IS SO ORDERED.**

10 Dated: January 19, 2011

MAXINE M. CHESNEY
United States District Judge