IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER VACATING JANUARY 21, 2011 HEARING ON DEFENDANT'S MOTION TO STRIKE DECLARATIONS OF MARK COHEN AND IAN AYRES AND ON DEFENDANT'S MOTION TO EXCLUDE EXHIBITS L AND R TO DECLARATION OF WENDY HARRISON** |

   Before the Court is the "Motion of Defendant Wells Fargo Bank, N.A. to Strike Declarations of Mark Cohen and Ian Ayres," filed December 16, 2010; plaintiffs have filed opposition, to which Wells Fargo has replied.  Also before the Court is defendant's "Motion to Exclude Exhibits L and R to the Declaration of Wendy Harrison Filed in Support of Plaintiffs' Motion for Class Certification," filed November 22, 2010; plaintiffs have not filed a response thereto.

   Having read and considered the papers submitted in support of and in opposition to the first of the above-referenced motions, and the papers submitted in support of the second of the above-referenced motions, the Court finds the matters suitable for determination on the parties' written submissions and hereby VACATES the hearing scheduled for January 21, 2011.

   **IT IS SO ORDERED.**

Dated:  January 19, 2011

_____
MAXINE M. CHESNEY
United States District Judge