Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.: 08-CV-01930 MMC (JL)<br><br>**[PROPOSED] ORDER RE HEARING ON DEFENDANT'S MOTION TO EXCLUDE REPORTS AND PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>*Hon. Maxine M. Chesney* |

**ORDER**

Based on the stipulation of the parties, and good cause appearing thereon, the Court hereby ORDERS as follows:

The hearing on Defendant Wells Fargo's Motion to Exclude Expert Reports and Plaintiffs' Motion for Class Certification is hereby continued from April 8, 2011 to  April 29 , 2011 at 9:00 a.m.  All other dates set by this Court in its January 24 Order shall remain unchanged.

   **IT IS SO ORDERED.**

   DATED:  January 27, 2011

_____
Hon. Maxine M. Chesney
United States District Court Judge