1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   In re WELLS FARGO RESIDENTIAL           M: 08-md-01930 MMC
     MORTGAGE LENDING DISCRIMINATION
12   LITIGATION                              **ORDER DIRECTING DEFENDANT TO
                                             SUBMIT CHAMBERS COPY OF
13   _____ DOCUMENTS IN COMPLIANCE WITH
                                             GENERAL ORDER 45 AND THE
14                                           COURT'S STANDING ORDERS**
     This Document Relates To:
15
                ALL ACTIONS.
16
     _____/
17

18          On March 11, 2011, defendant electronically filed its Reply in Support of its

19   Objections to and Motion to Exclude Reports of Plaintiffs' Expert, and a declaration in

20   support thereof.  Defendant has violated General Order 45 and the Court's Standing

21   Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the

22   business day following the day that the papers are filed electronically, one paper copy of

23   each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly

24   marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See

25   General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the

26   Honorable Maxine M. Chesney ¶ 2.

27          Defendant is hereby ORDERED to comply with General Order 45 and the Court's

28   Standing Orders by immediately submitting a chambers copy of the above-referenced

United States District Court

For the Northern District of California

1   documents.  Defendant is hereby advised that if it fails in the future to comply with General

2   Order 45 and the Court's Standing Order to provide a chambers copy of each

3   electronically-filed document, the Court may impose sanctions, including, but not limited to,

4   striking from the record any electronically-filed document of which a chambers copy has not

5   been timely provided to the Court.

6          **IT IS SO ORDERED.**

7

8   Dated:  March 25, 2011

9                                                MAXINE M. CHESNEY
                                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28