United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME; VACATING APRIL 29, 2011 HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTIONS TO STRIKE** |

    Before the Court is plaintiffs' "Administrative Motion Re: Shortening Time," filed March 28, 2011, by which plaintiffs seek to have their "Motion to Strike Declarations of Michael LaCour-Little, Faye Steiner, Peter Nigro, and Stanley Longhofer," presently scheduled for hearing on April 29, 2011, heard on shortened time. Defendants have filed opposition. Having read and considered the parties' respective written submissions, the Court rules as follows.

    As plaintiffs correctly note, given that the relief sought in their motion to strike includes the opportunity to conduct additional discovery, plaintiffs' motion to strike should be heard before plaintiffs' motion for class certification and defendants' motion to strike the reports of plaintiffs' expert Howell E. Jackson, both presently scheduled for hearing on April 29, 2011. Rather than shorten the time to hear plaintiffs' motion to strike, however, the

Court will vacate the hearing on plaintiffs' motion for class certification and defendants' motion to strike, and will hear said motions after resolution of plaintiffs' motion to strike.

Accordingly, the motion to shorten time is hereby DENIED, and plaintiffs' motion to strike shall remain scheduled for hearing on April 29, 2011.

The April 29, 2011 hearings on plaintiffs' motion for class certification and defendants' motion to strike the reports of plaintiffs' expert are hereby VACATED and will be reset after resolution of plaintiffs' motion to strike. Further, in the interests of judicial economy, the April 29, 2011 hearing on defendants' motion to strike Exhibits L and R to the Declaration of Wendy Harrison is hereby VACATED, and will be reset for the same date on which plaintiffs' motion for class certification is set.

**IT IS SO ORDERED.**

Dated: April 4, 2011

MAXINE M. CHESNEY
United States District Judge