**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL MEMORANDA RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

By separate order filed concurrently herewith, the Court has vacated the April 29, 2011 hearing on plaintiffs' motion for class certification, pending resolution of plaintiffs' motion to strike.

Plaintiffs, in their motion for class certification, and defendants, in their opposition thereto, cite to and rely on the Ninth Circuit's decision in Dukes v. Wal-Mart Stores, Inc., 603 F.3d 571 (9th Cir. 2010). Subsequent to such briefing, however, the United States Supreme Court granted a petition for a writ of certiorari. See Wal-Mart Stores, Inc. v. Dukes, 131 S.Ct. 795 (2010), and recently heard argument on the matter. Under the circumstances, the Court hereby DIRECTS each party to file a supplemental memorandum, no later than April 22, 2011 and not to exceed five pages in length, addressing whether resolution of the motion for class certification should be stayed pending the Supreme

Court's ruling in Dukes.  See, e.g., Landis v. North American Co., 299 U.S. 248, 254, 258 (1936) (holding district court has power to stay proceedings in light of pendency of another action; observing district court should consider whether "decision [in other action] may be expected within a reasonable time").

**IT IS SO ORDERED.**

Dated:  April 4, 2011

MAXINE M. CHESNEY
United States District Judge