1 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2 | Andrew S. Friedman (admitted *pro hac vice*)
    Wendy J. Harrison (CA SBN 151090)
3 | 2901 North Central Avenue, Suite 1000
    Phoenix, Arizona 85012
4 | (602) 274-1100

5 | RODDY KLEIN & RYAN
    Gary Klein (admitted *pro hac vice*)
6 | Shennan Kavanagh
    Kevin Costello
7 | 727 Atlantic Avenue, 2nd Floor
    Boston, Massachusetts 02111
8 | (617) 357-5500

9 | *Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re WELLS FARGO MORTGAGE LENDING PRACTICES LITICATION | ) Case No.: 3:08-md-1930 MMC |
|---|---|
| | ) CLASS ACTION |
| This document relates to | ) **STIPULATION AND** ~~PROPOSED~~ **ORDER STAYING PROCEEDINGS EXCEPT FOR THOSE RELATING TO PENDING MOTION TO STRIKE AND SETTING ADDITIONAL BRIEFING SCHEDULE RE: DUKES; VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
| ALL ACTIONS | |

The parties have met and conferred following issuance of the Court's April 4, 2011 Orders, particularly the Order requesting briefs on or before April 22, 2011, concerning whether resolution of Plaintiffs' Motion for Class Certification and Defendant's Motion to Strike should be stayed pending the United States Supreme Court's decision in *Dukes v. Wal-Mart Stores, Inc.* (Doc. No. 386). Believing that facilitating an efficient prosecution of this matter constitutes good cause for such a stay, the parties hereby stipulate and agree, through their respective counsel, as follows:

1. All proceedings in this matter shall be stayed pending the United States Supreme Court's decision in Wal-Mart Stores, Inc. v. Dukes, 131 S.Ct. 795 (2010) (order granting petition for a writ of certiorari), except for any proceedings relating to Plaintiffs' Motion to Strike Declarations of Michael LacCour-Little, Faye Steiner, Peter Nigro and Stanley Longhofer and the implementation of and compliance with any orders issued by the Court in connection with this Motion to Strike. The hearing on the Motion to Strike shall go forward as scheduled on April 29, 2011.

2. Within 7 days of issuance of the decision in Dukes, Plaintiffs shall file an Amended Notice of Motion and Motion for Class Certification resetting the hearing on the motion on a date not less than 35 days from the date of the Amended Notice.

3. At least 21 days prior to the new hearing date on plaintiffs' Motion for Class Certification, the parties shall file supplemental memoranda not to exceed 15 pages in length addressing the Dukes decision and its application, if any, to the Motion for Class Certification.

4. Defendant's Motion to Strike the Reports of Howell E. Jackson and its Motion to Strike Exhibits L and R to the Declaration of Wendy Harrison shall be set for hearing on the same date as the Plaintiffs' Motion for Class Certification.

Dated: April 18, 2011.

BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

 */s/ Wendy Harrison* .
Andrew S. Friedman (admitted *pro hac vice*)
Wendy Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

|   |   |
|---|---|
| 1 | RODDY KLEIN & RYAN |
| 2 |   |
| 3 | _/s/ Gary Klein_<br>Gary Klein (admitted *pro hac vice*) |
| 4 | Shennan Kavanagh<br>Kevin Costello |
| 5 | 727 Atlantic Avenue, 2nd Floor<br>Boston, Massachusetts 02111 |
| 6 | (617) 357-5500 |
| 7 | *Co- Lead Interim Class Counsel* |
| 8 | REED SMITH LLP |
| 9 |   |
| 10 | _/s/ Tyree P. Jones_<br>Robert D. Phillips, Jr. |
| 11 | Tyree P. Jones, Jr.<br>David S. Reidy |
| 12 | P.O. Box 7936<br>San Francisco, CA 94120-7936 |
| 13 |   |
| 14 | Attorneys for Defendant<br>Wells Fargo Bank, N.A. |

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Further, in light of the stay, the September 6, 2011 Pretrial Conference and the September 26, 2011 trial dates are hereby VACATED.

Dated: April 20, 2011

*/signature/*
HON. MAXINE M. CHESNEY
United States District Court Judge