IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br>_____<br><br>This Document Relates To:<br><br>    ALL ACTIONS.<br>_____/ | M: 08-md-01930 MMC<br><br>**ORDER VACATING MAY 27, 2011 STATUS CONFERENCE** |

    The Court, by order filed April 19, 2011, having approved the parties' stipulation to stay proceedings other than those relating to a now-resolved motion to strike, the Status Conference scheduled for May 27, 2011 is hereby VACATED.

    The Status Conference will be rescheduled after the stay is lifted and the Court has determined plaintiffs' motion for class certification.

    **IT IS SO ORDERED.**

Dated: May 18, 2011

_____
MAXINE M. CHESNEY
United States District Judge