Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.:  M:08-CV-01930 MMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br> AND ORDER THEREON<br><br>*Honorable Maxine M. Chesney* |

## STIPULATION

WHEREAS, on September 6, 2011, this Court issued its Order Denying Plaintiffs' Motion for Class Certification; Denying Defendant's Motions to Exclude; Vacating September 9, 2011 Hearing; Scheduling November 4, 2011 Status Conference; and

WHEREAS, on September 20, 2011, Plaintiffs filed a Petition for Permission to Appeal Pursuant to Rule 23(f) with the United States Court of Appeals for the Ninth Circuit; and

WHEREAS, on September 30, 2011, Defendant Wells Fargo filed an Opposition to Petition to Appeal; and

WHEREAS, the United States Court of Appeals for the Ninth Circuit has not ruled on Plaintiffs' Petition for Permission to Appeal, and because Plaintiffs' Petition for Permission to Appeal is still pending, the parties agree that good cause exists to continue the Case Management

Conference scheduled for November 4, 2011, until December 2, 2011, or whatever date this Court deems appropriate thereafter, and hereby request such an order from this Court:

**IT IS THEREFORE STIPULATED** between Plaintiffs and Defendant Wells Fargo, by and through their undersigned attorneys of record, that the Case Management Conference currently scheduled for November 4, 2011, be continued until December 2, 2011.

**SO STIPULATED:**

DATED: October 18, 2011        REED SMITH LLP

By    /s/
    Tyree P. Jones, Jr.
    Attorneys for Defendant
    WELLS FARGO BANK, N.A.

DATED: October 18, 2011        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By    /s/
    Andrew S. Friedman
    Co-Lead Counsel for Plaintiffs

By    /s/
    Gary Klein
    Co-Lead Counsel for Plaintiffs

Dated: October 19, 2011



IT IS SO ORDERED
Judge Maxine M. Chesney

REED SMITH LLP
A limited liability partnership formed in the State of Delaware