BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-md-01930-MMC (JL) |
| This document relates to<br>ALL ACTIONS | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

After review of the Joint Case Management Report submitted by the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for Friday, December 2, 2011 at 10:30 a.m. is continued until Friday, ~~January 6, 2011 at 10:30 a.m.~~  January 13, 2012, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than January 6, 2012.

DATED: November 29, 2011

_____
Hon. Maxine M. Chesney
United States District Court Judge