Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:  WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.:  M:08-CV-01930 MMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>*Honorable Maxine M. Chesney* |
|---|---|

After review of the Stipulation to Continue Case Management Conference submitted by the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for Friday, January 13, 2012 at 1:30 p.m. is continued until Friday, January 27, 2012 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than January 20, 2012.

DATED: January 9, 2012

Hon. Maxine M. Chesney
United States District Court Judge

– 1 –
[PROPOSED] ORDER