1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones, Jr. (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  101 Second Street, Suite 1800
   San Francisco, CA  94105
4  Telephone:     +1 415 543 8700
   Facsimile:     +1 415 391 8269
5
   **Mailing Address:**
6  P.O. Box 7936
   San Francisco, CA 94120-7936
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12 | In re:  WELLS FARGO MORTGAGE         | Case No.:  M:08-CV-01930 MMC
   | LENDING PRACTICES LITIGATION         |
13 |                                      | **[PROPOSED] ORDER CONTINUING
   | This document relates to:            | CASE MANAGEMENT CONFERENCE**
14 |                                      |
   | ALL ACTIONS                          |
15 |                                      | *Honorable Maxine M. Chesney*

18      After review of the Stipulation to Continue Case Management Conference submitted by the

19 parties and good cause appearing,

20      IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for

21 Friday, January 13, 2012 at 1:30 p.m. is continued until Friday, January 27, 2012 at 10:30 a.m.  A

22 Joint Case Management Statement shall be filed no later than January 20, 2012.

23

24      DATED: January 9, 2012

25

26                                               Hon. Maxine M. Chesney
                                                 United States District Court Judge
27

28

– 1 –
[PROPOSED] ORDER