| | |
|---|---|
| 1 | BONNETT, FAIRBOURN, FRIEDMAN |
| 2 | & BALINT, P.C. |
| | Andrew S. Friedman (admitted *pro hac vice*) |
| 3 | Wendy J. Harrison (CA SBN 151090) |
| | 2901 North Central Avenue, Suite 1000 |
| 4 | Phoenix, Arizona 85012 |
| | (602) 274-1100 |
| 5 | |
| 6 | RODDY KLEIN & RYAN |
| | Gary Klein |
| 7 | Shennan Kavanagh |
| | 727 Atlantic Avenue |
| 8 | Boston, MA 02111-02810 |
| | (617) 357-5500 ext. 15 |
| 9 | |
| 10 | *Interim Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) | M:08-md-01930-MMC (JL) |
| | ) ) | **[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| This document relates to | ) ) | |
| ALL ACTIONS | ) ) | |

1 | After review of the Joint Case Management Report submitted by the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for January 27, 2012 at 10:30 is continued until Friday, February 17, 2012 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than February 10, 2012.

DATED:  January 23, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

1