BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | M:08-md-01930-MMC (JL)<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1  After review of the Joint Case Management Report submitted by the parties and
2  good cause appearing,
3  IT IS HEREBY ORDERED that the Case Management Conference currently
4  scheduled for January 27, 2012 at 10:30 is continued until Friday, February 17, 2012 at
5  10:30 a.m.   A Joint Case Management Statement shall be filed no later than February 10, 2012.
6
7  DATED:  January 23, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

1