BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

RODDY KLEIN & RYAN
Gary Klein
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
(617) 357-5500 ext. 15

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br>ALL ACTIONS | **CONTINUING** ~~PROPOSED~~ **ORDER** ~~VACATING~~ **CASE MANAGEMENT CONFERENCE** |

1 | Pursuant to the parties' Stipulation to Vacate Case Management Conference and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 17, 2012 at 10:30 a.m. is ~~vacated.~~ hereby CONTINUED to March 23, 2012.  A Joint Case Management Statement shall be filed no later than March 16, 2012.

DATED: February 15, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

1