1  BONNETT, FAIRBOURN, FRIEDMAN
2  & BALINT, P.C.
   Andrew S. Friedman (admitted *pro hac vice*)
3  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
5  (602) 274-1100

6  RODDY KLEIN & RYAN
   Gary Klein
7  Shennan Kavanagh
   727 Atlantic Avenue
8  Boston, MA 02111-02810
9  (617) 357-5500 ext. 15

10
   *Interim Co-Lead Class Counsel*
11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

13 In re: WELLS FARGO MORTGAGE      )
14 LENDING PRACTICES LITIGATION     )  M:08-CV-01930-MMC (JL)
                                    )
15 ─────────────────────────────    )         **CONTINUING**
                                    )  ~~PROPOSED~~ **ORDER** ~~VACATING~~
16 This document relates to         )  **CASE MANAGEMENT**
                                    )  **CONFERENCE**
17 ALL ACTIONS                      )
                                    )
18                                  )
19                                  )
20                                  )
21                                  )
22 ─────────────────────────────    )

1        Pursuant to the parties' Stipulation to Vacate Case Management Conference and good cause appearing,

       IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 17, 2012 at 10:30 a.m. is ~~vacated.~~ hereby CONTINUED to March 23, 2012. A Joint Case Management Statement shall be filed no later than March 16, 2012.

DATED: February 15, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

1