BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

KLEIN KAVANAGH COSTELLO, LLP
Gary Klein
Shennan Kavanagh
85 Merrimac St., 4th Floor
Boston, MA 02114
(617) 357-5500

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br><br>ALL ACTIONS | **~~PROPOSED~~ ORDER VACATING CASE MANAGEMENT CONFERENCE AND DISMISSING CASE WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss Case With Prejudice and Vacate Case Management Conference and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for March 23, 2012 at 10:30 a.m. is vacated.

IT IS FURTHER ORDERED that this case is dismissed with prejudice.

DATED: March 20, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge