BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

KLEIN KAVANAGH COSTELLO, LLP
Gary Klein
Shennan Kavanagh
85 Merrimac St., 4th Floor
Boston, MA 02114
(617) 357-5500

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO MORTGAGE LENDING PRACTICES LITIGATION | M:08-CV-01930-MMC (JL) |
| This document relates to<br><br>ALL ACTIONS | **~~PROPOSED~~ ORDER VACATING CASE MANAGEMENT CONFERENCE AND DISMISSING CASE WITH PREJUDICE** |

1 | Pursuant to the parties' Stipulation to Dismiss Case With Prejudice and Vacate Case
2 | Management Conference and good cause appearing,
3 | IT IS HEREBY ORDERED that the Case Management Conference currently
4 | scheduled for March 23, 2012 at 10:30 a.m. is vacated.
5 | IT IS FURTHER ORDERED that this case is dismissed with prejudice.

7 | DATED: March 20, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge

1